**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| GLENN HEAGERTY, an individual, | ) |
| Plaintiff, | ) ) ) |
| | ) **Case No.:** |
| v. | ) |
| | ) **Certificate of Interested Persons** |
| LUEDER LARKIN & HUNTER LLC, a Georgia Limited Liability Company; | ) **and Corporate Disclosure** ) **Statement** |
| Defendants. | ) |

**Certificate of Interested Persons and Corporate Disclosure Statement**

Pursuant to Local Rule 3.3, the Plaintiff GLENN HEAGERTY, through the undersigned counsel of record, files this Certificate of Interested Person and Corporate Disclosure Statement. The following statement is being made to the best of Plaintiff's personal knowledge, and Plaintiff states that he is without sufficient personal knowledge to make a full and adequate corporate disclosure statement on behalf of Defendants. With these limitations in mind, Plaintiff states as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including to the best of the Plaintiffs' knowledge, any parent

corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    A.    GLENN HEAGERTY, Plaintiff.

    B.    LUEDER LARKIN & HUNTER LLC, Defendant.

Plaintiff is unaware of any other information responsive to this requirement at this time.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    A.    None other than the parties listed above are known at this time.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    A.    John William Nelson, Attorney for the Plaintiff.

    B.    Plaintiff is not aware of any attorneys representing Defendants at this time.

Respectfully submitted this <u>16 July 2018</u>.

<u>/s/ John William Nelson</u>
John William Nelson
State Bar No. 920108
*Attorney for Plaintiff*
The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.    404.348.4462
Fax.   404.549.6765

## CERTIFICATE OF COMPLIANCE

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5.1(B). The foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was prepared on a computer, using Times New Roman 14-point font.

**DATED:**   16 July 2018.

/s/ John William Nelson
John William Nelson
State Bar No. 920108

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.   404.348.4462
Fax.   404.549.6765