AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-03412-ELR-RGV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lueder Larkin & Hunter, LLC
was received by me on *(date)* 7-20-18 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Brendan R. Hunter , who is
designated by law to accept service of process on behalf of *(name of organization)* Lueder
Larkin & Hunter, LLC on *(date)* 7-20-18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 7-20-18

*Server's signature*

Melina Webber / Process Server
*Printed name and title*

1241 Heritage Hills Circle
Snellville, GA 30078
*Server's address*

Additional information regarding attempted service, etc: