# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GLENN HEAGERTY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LUEDER, LARKIN & HUNTER, LLC, )<br>)<br>Defendant. )<br>)<br>) | Civil Action File No.<br>1:18-cv-03412-ELR-RGV |

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.3, the Defendant LUEDER, LARKIN & HUNTER, LLC, through the undersigned counsel of record, files this Certificate of Interested Parties and Corporate Disclosure Statement.

1. The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   Plaintiff Glenn Heagerty

   Defendant Lueder, Larkin & Hunter, LLC

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case, that are known to Defendant at this time: Consumer Solutions, Inc.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Defendant in this proceeding: John T. Lueder and Brandon D. Wagner of Lueder, Larkin & Hunter, LLC, 5900 Windward Parkway, Suite 390, Alpharetta, Georgia 30005, Telephone: (770) 685-7000, Facsimile: (770) 685-7002.

Respectfully submitted this ___ day of August, 2018.

                              LUEDER, LARKIN & HUNTER, LLC

                              **/s/ John T. Lueder, Esq.**
                              John T. Lueder
                              Georgia Bar No. 460665
                              Attorney for Defendants
                              LUEDER, LARKIN & HUNTER, LLC
                              5900 Windward Parkway, Suite 390
                              Alpharetta, Georgia 30005
                              Telephone: (770) 685-7000
                              Facsimile: (770) 685-7002
                              Email: johnlueder@luederlaw.com

                              *s/* **Brandon D. Wagner Esq.**
                              Brandon D. Wagner
                              Georgia Bar No. 768064
                              Attorneys for Defendants
                              LUEDER, LARKIN & HUNTER, LLC

- 3 -

        5900 Windward Parkway, Suite 390
        Alpharetta, Georgia 30005
        Telephone: (770) 685-7000
        Facsimile: (770) 685-7002
        Email: bwagner@luederlaw.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that Defendant's Answer was prepared in Times New Roman 14 point font, double-spaced, with a top margin of not less than 1.5 inches and a left margin of not less than 1 inch.

*s/* **John T. Lueder, Esq.**
John T. Lueder
Georgia Bar No. 460665
Attorney for Defendants
LUEDER, LARKIN & HUNTER, LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
Telephone: (770) 685-7000
Facsimile: (770) 685-7002
Email: johnlueder@luederlaw.com

*s/* **Brandon D. Wagner Esq.**
Brandon D. Wagner
Georgia Bar No. 768064
Attorneys for Defendants
LUEDER, LARKIN & HUNTER, LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
Telephone: (770) 685-7000
Facsimile: (770) 685-7002
Email: bwagner@luederlaw.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing has been served upon the opposing party by e-mail to **john@nelsonchambers.com** and placing a copy of same in the U.S. Mail, proper postage affixed thereto, in an envelope addressed as follows:

John William Nelson
The Nelson Law Chambers, LLC
2180 Satellite Blvd.
Suite 400
Duluth, Georgia 30097

This ___ day of August, 2018.

*s/* **John T. Lueder, Esq.**
John T. Lueder
Georgia Bar No. 460665
Attorney for Defendants
LUEDER, LARKIN & HUNTER, LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
Telephone: (770) 685-7000
Facsimile: (770) 685-7002
Email: johnlueder@luederlaw.com

*s/* **Brandon D. Wagner Esq.**
Brandon D. Wagner
Georgia Bar No. 768064
Attorneys for Defendants
LUEDER, LARKIN & HUNTER, LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
Telephone: (770) 685-7000
Facsimile: (770) 685-7002
Email: bwagner@luederlaw.com