**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| GLENN HEAGERTY, an individual, <br><br> Plaintiff, <br><br> v. <br><br> LUEDER LARKIN & HUNTER LLC, a Georgia Limited Liability Company, <br><br> Defendant. | **Case No.: 1:18-cv-03412-ELR-RGV** <br><br> **CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL** |

### CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL

I hereby certify that the undersigned provided PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT LUEDER LARKIN & HUNTER LLC using electronic mail to the following attorneys of record:

    John W. Nelson
    john@nelsonchambers.com

    John T. Lueder (johnlueder@luederlaw.com)
    LUEDER LARKIN & HUNTER LLC
    5900 Windward Parkway, Suite 390
    Alpharetta, Georgia 30005
    **FOR:** Defendant LUEDER LARKIN & HUNTER LLC

    [ADDITIONAL RECIPIENTS ON FOLLOWING PAGE.]

Brandon D. Wagner (bwagner@luederlaw.com)
LUEDER LARKIN & HUNTER LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
**FOR:** Defendant LUEDER LARKIN & HUNTER LLC

Respectfully submitted this **17 August 2018**.

**THE NELSON LAW CHAMBERS, LLC**

/s/ John William Nelson
John William Nelson
State Bar No. 920108

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.    404.348.4462
Fax.   404.549.6765