# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GLENN HEAGERTY<br><br>　　Plaintiff,<br><br>v.<br><br>LUEDER, LARKIN & HUNTER, LLC,<br><br>　　Defendant. | Civil Action File No.<br>1:18-cv-03412-ELR-RGV |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW COMES, Defendant Lueder, Larkin & Hunter, LLC, (hereafter "LLH") and, pursuant to Fed.R.Civ.P. 56 and LR 56.1, NDGa, files its Motion for Summary Judgment as to all claims in the above-styled action. For the reasons set forth in the accompanying Brief in Support of Motion for Summary Judgment and Statement of Material Facts As To Which There is No Genuine Issue to Be Tried, there are no genuine issues of material fact regarding Plaintiff's claims for violations of the Fair Debt Collection Practices Act. LLH is entitled to judgment as a matter of law.

In support of this Motion, LLH relies on the following:

1.   All pleadings in this case.

2.   The Affidavit of Brandon D. Wagner, Esq.

3.   LLH's Statement of Material Facts to Which There is No Genuine Issue to be Tried.

4.      LLH's Brief in Support of the Motion.

**CERTIFICATION OF COMPLIANCE WITH L.R. 5.1 (B)**

This is to certify that the foregoing Defendant's Motion for Summary Judgment was prepared using Times New Roman, 14 Point font in accordance with L.R. 5.1 (B).

Respectfully submitted this 21st day of August, 2018.

*s/* **John T. Lueder, Esq.**
John T. Lueder
Georgia Bar No. 460665
Attorney for Defendants
LUEDER, LARKIN & HUNTER, LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
Telephone: (770) 685-7000
Facsimile: (770) 685-7002
Email: johnlueder@luederlaw.com

*s/* **Brandon D. Wagner, Esq.**
Brandon D. Wagner
Georgia Bar No. 768064
Attorneys for Defendants
LUEDER, LARKIN & HUNTER, LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
Telephone: (770) 685-7000
Facsimile: (770) 685-7002
Email: bwagner@luederlaw.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing has been served upon the opposing party by placing a copy of same in the U.S. Mail, proper postage affixed thereto, in an envelope addressed as follows:

John William Nelson
The Nelson Law Chambers, LLC
2180 Satellite Blvd., Suite 400
Duluth, Georgia 30097

This 21st day of August, 2018.

                                *s/* **John T. Lueder, Esq.**
                                John T. Lueder
                                Georgia Bar No. 460665
                                Attorney for Defendants
                                LUEDER, LARKIN & HUNTER, LLC
                                5900 Windward Parkway, Suite 390
                                Alpharetta, Georgia 30005
                                Telephone: (770) 685-7000
                                Facsimile: (770) 685-7002
                                Email: johnlueder@luederlaw.com

                                *s/* **Brandon D. Wagner, Esq.**
                                Brandon D. Wagner
                                Georgia Bar No. 768064
                                Attorneys for Defendants
                                LUEDER, LARKIN & HUNTER, LLC
                                5900 Windward Parkway, Suite 390
                                Alpharetta, Georgia 30005
                                Telephone: (770) 685-7000
                                Facsimile: (770) 685-7002
                                Email: bwagner@luederlaw.com