Glenn Heagerty
2890 Willow Wisp Way
Cumming, GA 30040

June 9, 2016

Certified Mail Receipt #s:

Mr. Brandon D. Wagner, Esq.
C/o Lueder, Larkin, & Hunter, LLC
5900 Windward Parkway
Suite 390
Alpharetta, GA 30005


Lueder, Larkin, & Hunter, LLC
Attorneys at Law
Attn: John T. Lueder, Registered Agent
5900 Windward Parkway
Suite 390
Alpharetta, GA 30005

Re: Your 6/6/16 communication and notice of dispute and demand for validation

Dear Mr. Wagner and Mr. Lueder,

I am writing in regards to your communication to me on June 6, 2016 after the hearing in Sawnee View Farms Homeowners Association, Inc. v. Glenn M. Heagerty.

You are hereby put on notice that I dispute your claim in its entirety, as is every part thereof, and demand a complete validation be provided to me in writing.

Sincerely,

*[signature]*

Glenn Heagerty

EXHIBIT
4

Glenn Heagerty
2890 Willow Wisp Way
Cumming, GA 30040

June 7, 2016

Certified Mail Receipt #:   7015 0640 0002 1981 3241

Sawnee View Farms Homeowners Association
Attn: Randy Shaheen (R)
P.O. Box 1546
Cumming, GA 30028

Re:  Notice of dispute and demand for validation

Please find attached a copy of a document(3 pages) handed to me by Mr. Brandon D. Wagner, Esq. at a hearing yesterday in the matter of 16SC-0149-A filed in the Forsyth County State Court.

Mr. Wagner has filed a lawsuit against me in the name of Sawnee View Farms Homeowners Association, Inc. and is using it to attempt to collect the amounts listed in the attached document from me.

This letter is not a refusal to pay and it is not meant in any way to acknowledge that I owe you the sum of money stated in the letter. This letter is a notice sent pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et. seq., and the Fair Credit Reporting Act, 15 U.S.C. §1681 et. seq., that your claims are disputed and validation is requested.

This is not a request for "verification" or proof of my mailing address or any other personal identifiers, but a request for VALIDATION made pursuant to the above named Titles and Sections. I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you.
Please provide me with the following:

- What the money you say I owe is for.
- Explain and show me how you specifically calculated the entire amount of what you say I owe.
- Provide me with copies of any and all "account level documents" that show I agreed to pay what you say I owe to include original signatures.
- Identify the ORIGINAL creditor.
- If you purchased this alleged account, identify the SELLER you purchased it from and ALL PREVIOUS OWNERS.
- Provide me with a copy of ANY judgment you say gives you the right to collect anything from me.
- Provide me with ANY documentation which establishes your legal standing to collect anything from me.

If your offices are able to provide the proper documentation as requested, I will require at least 30 days after receipt to investigate this information and during such time all collection activity must cease.

If your offices fail to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit files with the credit reporting agencies and a copy of such deletion request shall be sent to me immediately.

Until proper validation is provided you are to cease all collection efforts.
I also request that no telephone contact be made by your offices to me, my home or to my place of employment. If your offices attempt telephone communication with me, including but not limited to computer generated calls and calls or correspondence sent to or with any third parties, it will be considered harassment. All future communications with me MUST be done in writing and sent to the address noted in this letter by USPS.

It would be advisable that you assure that your records are in order before I am forced to take legal action. This is an attempt to have you correct your records; any information obtained shall be used for that purpose.

Respectfully,

*[signature]*
Glenn Heagerty

## Lueder, Larkin & Hunter LLC

5900 Windward Parkway
Suite 390
Alpharetta, GA 30005
Ph:   770-685-7000     Fax:   770-685-7003

Sawnee View Farms Homeowners Association
Attn: Randy Shaheen (R)
P.O. Box 1546
Cumming GA. 30028

June 05, 2016

### LEGAL SERVICES RENDERED

| DATE | ID | DESCRIPTION | HRS | RATE | AMT |
|---|---|---|---|---|---|
| Matter: | 1103-1100-13 | | | | |
| RE: | | Heagerty, Glenn M.: Collection Litigation | | | |
| 06/19/2015 | LPC | Collection Demand Letter to Heagerty, Glenn M. | | | 80.00 |
| 10/20/2015 | LPC | Heagerty, Glenn - Preparation of Notice of Lien; filing of Notice of Lien in county land records; title search for owner's deed to cross-reference Notice of Lien; prepared follow up collection demand letter to owner with Notice of Lien. | | | 245.00 |
| 12/07/2015 | BDW | Received letter from owner advising that complaints have been filed with the Consumer Financial Protection Bureau, State Bar and Consumer Protection Unit of the Georgia Department of Law. Owner's letter also questions why a lien was recorded on his property. Prepared responsive letter. | 0.30 | 220.00 | 66.00 |
| 01/19/2016 | SLR | Heagerty, Glenn M. - Collection demand letter with warning of lawsuit for all amounts owed, including additional assessments that have become due this year, in order to give owner at least 30 days notice before commencement of suit. | | | 80.00 |
| 01/29/2016 | THA | Receive and review dispute letter from owner. Update collection software. | 0.50 | 115.00 | 57.50 |
| 02/04/2016 | BDW | Prepared fourth verification of debt letter. No further VOD's will be sent to this owner. | 0.30 | 220.00 | 66.00 |
| 02/26/2016 | BDW | Received lawsuit package from paralegal; review and verification of title for ownership, venue, and service; review of file and ledger for current amounts owed; finalized complaint for suit. | 0.50 | 220.00 | 110.00 |
| 02/26/2016 | THA | Review title for ownership information; review file to determine jurisdiction, venue, and service; review of file and ledger for current amounts owed; draft complaint for suit; prepare summons and return of service; provided lawsuit package to attorney. | 2.60 | 115.00 | 299.00 |
| 02/26/2016 | THA | Skip tracing to locate owner(s), including owner's(s') phone number, current address, and/or deed; review of bankruptcy records to ensure owner is not under bankruptcy protection. No filed foreclosure deed found as of this date | 0.50 | 115.00 | 57.50 |
| 03/11/2016 | THA | Received and reviewed filed pleading from court clerk; docket same in collection software. | 0.20 | 115.00 | 23.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/28/2016 | THA | Prepare memo to client/manager that service has been perfected, that defendant has 30 days to answer and then 15 days to open default if no answer; and prepare asset request form to client/manager to assist in post-judgment collections. | 0.50 | 115.00 | 57.50 |
| 03/28/2016 | THA | Review and process defendant's answer; docket date; enter information into collection software. | 0.40 | 115.00 | 46.00 |
| 03/28/2016 | THA | Review and process entry of service on defendant; docket date for defendant's answer; enter information into collection software. | 0.30 | 115.00 | 34.50 |
| 03/29/2016 | BDW | Receive and review Defendant's Motion to Dismiss. Research applicable law. Prepared Response in Opposition to Motion to Dismiss. | 2.50 | 220.00 | 550.00 |
| 04/07/2016 | THA | Received and reviewed filed pleading from court clerk; docket same in collection software. | 0.20 | 115.00 | 23.00 |
| 04/11/2016 | THA | Received and reviewed filed pleading from court clerk; docket same in collection software. | 0.20 | 115.00 | 23.00 |
| 04/13/2016 | BDW | Receive and review of Answer filed by Defendant. Answer appears to be a boiler plate answer listing defenses that don't apply to this case. Determined that Answer does not raise any issues of material facts. Memo to paralegal to proceed with drafting Motion for Summary Judgment. | 0.30 | 220.00 | 66.00 |
| 04/18/2016 | BDW | Reviewed case history and pleadings filed with the court to date. Reviewed Declaration, statutory authority, and case law. Determined that no issue of material fact exists in the case and that the Association is entitled to judgment as a matter of law. Corresponded with client regarding execution of the Affidavit of Indebtedness. Finalized Motion for Summary Judgment, Statement of Facts, Affidavit of Indebtedness, Affidavit of Attorney's Fees, Brief in Support of Summary Judgment, and proposed Final Order. | 1.60 | 220.00 | 352.00 |
| 04/18/2016 | THA | Reviewed file and Entry of Service on defendant(s); reviewed court docket to determine whether any responsive pleadings have been filed; obtained updated account ledger; calculate total amount owed; assembled exhibits including copies of the relevant provisions of the governing documents, deed conveying title, account ledger, and attorney's fee billing statement; prepared Motion for Summary Judgment, Statement of Facts, Affidavit of Indebtedness, Affidavit of Attorney's Fees, Brief in Support of Summary Judgment, and proposed Final Order; provided summary judgment package to attorney to finalize and to review matter with client. | 2.60 | 115.00 | 299.00 |
| 04/21/2016 | SSS | Review and finalize Affidavit of Title. | 0.30 | 220.00 | 66.00 |
| 05/10/2016 | THA | Received and reviewed filed pleading from court clerk; docket same in collection software. | 0.20 | 115.00 | 23.00 |
| 06/02/2016 | BDW | Receive and review Defendant's Notice of Improper Appearance, Motion to Strike Affidavit of Indebtedness, Motion to Strike Affidavit of Title and Motion to Strike Affidavit of Attorney's Fees. Research applicable law on each motion. Prepare outline of arguments in opposition to said Motions. | 1.50 | 220.00 | 330.00 |
| 06/06/2016 | BDW | Review file in preparation for hearing on Plaintiff's Motion for Summary Judgment and Defendant's Motion to Dismiss. Print and copy updated attorney's fee statement and prepared updated proposed order. Travel to/from State Court of Forsyth County. Present case to judge. | 3.00 | 220.00 | 660.00 |

<u>COSTS</u>

| Date | Description | Amount |
|---|---|---|
| 10/30/2015 | Filing Fee to record lien. Heagerty | 7.00 |
| 02/26/2016 | Court Filing Fee - 1103-1100-13 - Heagerty | 262.00 |
| 04/18/2016 | Copies | 4.69 |
| | Postage | 5.16 |

|  |  |
|---|---|
| Total Attorneys' Fees | $3,614.00 |
| Total Costs | $278.85 |
| **Total Attorneys' Fees and Costs** | **$3,892.85** |

2890 WillowWisp Way
Cumming, GA 30040

Suwnee View Farms Homeowners Association
Attn: Randy Slate en (R)
P.O. Box 1546
Cumming, GA 30028

7015 0640 0002 1981 3241

CERTIFIED MAIL

U.S. POSTAGE PAID
CUMMING, GA
30040
JUN 07 18
AMOUNT
$3.77
R2304E104962-14