## IN THE STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

SAWNEE VIEW FARMS HOMEOWNERS
ASSOCIATION, INC.,

    Plaintiff,

v.

    CIVIL ACTION
    FILE NO. 16SC-0149-A

GLENN M. HEAGERTY,

    Defendant.

    JUDGE LESLIE C.
    ABERNATHY-MADDOX

## PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT IN FI.FA.

**TO:**    Glenn M. Heagerty
        2890 Willow Wisp Way
        Cumming, Georgia 30040

You are hereby requested to serve upon the undersigned within the time provided in the applicable rules of civil procedure, pursuant to O.C.G.A.§ § 9-11-33, 9-11-33, and 9-11-69, answers to the attached written Interrogatories and Requests for Production of Documents, furnishing such information as is available to Defendant. Each request must be answered separately and fully in writing under oath, unless it is objected to, in which event the reasons for objections shall be stated in lieu of an answer.

These requests shall be deemed continuing to the extent required by Rule 26 of the applicable rules of civil procedure so as to require that your responses be supplemented in accordance with Rule 26 of said rules of civil procedure.

If you refuse to respond fully to any request, or any part thereof, under any claim of privilege, please specifically set forth the basis for your refusal.

If you produce business records pursuant to Rule 33 (c) of the applicable Rules of Civil Procedure in lieu of answering any interrogatory, specify in writing the business records from which the answer to the Interrogatory can be derived or ascertained in response to the interrogatory.

## DEFINITIONS

- 1 -



(A)     As used herein, the word "person" shall include natural persons, individuals, corporations, firms, partnerships, proprietorships, associations or other organizations and entities. (B)     Whenever used in these Interrogatories, the term "Defendant," "you," or any synonym thereof, shall include and embrace in addition to all agents, servants, representatives, private investigators or others who are in a position for or may have obtained information for or on behalf of the Defendant.

(C)     Whenever the identity of a person is required in response to these Interrogatories, the identity of such person shall include:

    (1)     With respect to a natural person, that persons

        a)     Full name
        b)     Present employer or business affiliation,
        c)     Present title
        d)     Present business address
        e)     Present residence address
        f)     Present business telephone number, and
        g)     Present residence telephone number,

But if the information requested by items (1)(b) through (1)(g) is not obtainable, then the last known information with regard to the subject of items (1)(b) through (1)(g), specified as such; and

    (2)     With respect to persons other than natural persons,

        a)     Its full name,
        b)     The address of its principal office or place of business,
        c)     Its business telephone number, and
        d)     The identity of any officer(s), representative(s), agent(s) or employee(s), current or former, or person that has any knowledge or information pertaining to the subject matter of the particular Interrogatory.

(D)     The word "document" is used herein in its broadest sense to mean every book, document, or other tangible thing, without limitation the following items, whether printed, typed, recorded, photographed, filmed, or reproduced by any process, or written or produced by hand, and whether an original, master, duplicate or copy, namely: agreements; communications, whether inter-office, intra-office, or otherwise; correspondence; papers; cablegrams; mailgrams; telegrams; notes; memoranda, summaries, minutes, records, sound recordings and transcription of telephone conversations, personal conversations, interviews, meetings, conferences, facts, conclusions, impressions and things similar to the foregoing; books, manuals, publications, notebooks, studies, and reports; charges; plans; photographs; reports and/or summaries of investigations; projections; opinions and reports of consultants; corporate records; agenda, notes, and minutes of Board of Directors, stockholders or committee meetings; desk calendars;

- 2 -

appointment books; diaries; diary entries and notes; and any other information containing paper, writing, or physical thing.

(E)     Whenever the "identity" of a document is required by these Interrogatories, this means:

    1)     Either to produced, pursuant to the Request for Production of Documents, the original and every non-conforming copy of each document, and to designate as to each such document every Interrogatory to which it is deemed responsive; OR

    2)     To provide the following information, irrespective of whether you consider the document privileged or subject to any claim of privilege:

        a)     The title or other means of identification of each such document;
        b)     The date of the document, if dated;
        c)     A general description of the length and subject matter of the documents;
        d)     The name, address, telephone number, and employer of the author or
        e)     person who created, prepared, compiled, or otherwise authored the document;
        f)     The name, address, and telephone number of the person or persons who have custody or control of the original of each such document;
        g)     The name, address, and telephone number of the person or persons who have custody or control of any copy of each such document; and
        h)     Any privilege claimed with respect to such document or copy thereof, the nature of the privilege claimed and the facts or grounds supporting the purported claim or privilege.

(F)     Use of either the singular or plural should not be deemed a limitation and the use of the singular should be construed to include, where applicable, the plural.  The conjunctive form "and" and the disjunctive form "or" are mutually interchangeable and are meant to encompass each other.  "Any", "all", "each" and "every" are mutually interchangeable and are meant to encompass each other.

## INTERROGATORIES

### 1.

If anyone owes you any money, state the name and address of each such debtor; the amount owed; the form of the obligation; the date the obligation was incurred; the date the obligation becomes, or became, due and owing; the condition for payment of the obligation, if any; and the consideration given for the obligation.

### 2.

If you own any vehicle used as transportation on public streets, indicate the year, make, model, and license number of each such vehicle; the date of purchase; the purchase price of each

vehicle; for each vehicle, the name and address of each person or entity who has a lien on title; and the name and address of each person or entity who has made payments on the automobile.

3.

If you own a television, give a complete description of same; the date of purchase; the source of the funds used in the purchase; the estimated present value; the present location; and the name and address of each other person or firm with an ownership interest or lien on such item.

4.

If you own a couch or sofa, give a complete description of same; the date of purchase; the source of the funds used in the purchase; the estimated present value; the present location; and the name and address of each other person or firm with an ownership interest or lien on such item.

5.

If you own a computer, tablet, or laptop, give a complete description of same; the date of purchase; the source of the funds used in the purchase; the estimated present value; the present location; and the name and address of each other person or firm with an ownership interest or lien on such item.

6.

If you use a cell phone, give a complete description of same; the name of the service provider; the date of purchase or contract; the source of the funds used in the purchase or to pay the contract; the estimated present value; the present location; and the name and address of each other person or firm with an ownership interest or lien on such item.

7.

Identify each and every clothing item you own including, shoes, pants, shirts, suits, jackets, and/or hats and give a complete description of each clothing item; the date of purchase; the source of the funds used in the purchase; the estimated present value of each item; the present location; and the name and address of each other person or firm with an ownership interest or lien on such item

8

If you own any jewelry, give a complete description of same; the date of purchase; the source of the funds used in the purchase; the estimated present value; the present location of the item; and the name and address of each other person or firm with an ownership interest or lien on such item.

- 4 -

9.

If your own any real property within the state of Georgia, give a complete description of each parcel of property, state the address; the size; description of each building thereon, structure, or other improvement presently on the property; the method of acquisition of title; the date of acquisition; the name and address of the seller or person from whom title was acquired; the date and place the deed was recorded; the present location of the deed or other document of title; the name and address of each owner and the respective ownership interest of such owner; the purchase price; the portion of the purchase price paid in cash and the portion of the purchase price paid in case and the portion financed; the details of the financing; and the present balance on the purchase price.

10.

List all current sources of your income, giving the name and address of the source, the name and amount of payment, and the future payments you expect to receive from the source.

11.

Give the name, address, telephone number, and line of business of your present employer; state the position you hold; and describe the method and amount of payment.

## REQUESTS FOR PRODUCTION

The documents and things to be produced are to be as follows:

1.

Any and all records, documents, memoranda and correspondence relating to evidence of property, and/or interest in property, of every kind and character whatsoever owned by you, individually or with any other person or entity, including but not limited to any reversionary interests, deeds, stock certificates, bond, notes, mutual fund shares, corporate agreements, partnership agreements, profit sharing and pension plan statements, savings account passbooks, saving certificates and money market accounts for the period from 2010 to the present.

2.

Any and all warranty deeds, quitclaim deeds and deed to secure debt which name you as grantee or grantor, individually and/or jointly with any other person or entity, relating to any property in which the Defendant has, or had, any interest or equity for the period from 2010 to the present.

3.

Any and all records, documents, memoranda and correspondence, which evidence or relate to the ownership of any motor vehicles by you, including but not limited to, automobile tag registrations, certificates, automobile title certificates, and/or recreational vehicle tag registrations, titles or certificates, naming the Defendant, individually or jointly with any other person or entity, for the period from 2010 to the present.

4.

Any and all records, documents, memoranda and correspondence relating to any financial statements or net worth statements submitted by you to any bank, lending institution or any other entity for the period from 2010 to the present.

5.

Any and all life insurance policies, certificates on the life of any person, and all statements or other documents reflecting cash surrender values, and the balance of any and all loans paid in connection therewith, where you are named as a beneficiary or loss payee, for the period from 2010 to the present.

6.

Any and all documents, contracts, or proposed contracts relating to the sale or purchase of any goods or services by the Defendant for the period from 2010 to the present.

7.

Copies of any real estate tax bills, notices or assessments received by the Defendant for the period from 2010 to the present.

8.

Any and all records, documents, memoranda and correspondence relating to your financial affairs, including but not limited to profit and loss statements, financial statements, account ledgers and balance sheets, for the period from 2004 to the present.

9.

Any and all copies of income tax returns, corporate tax returns, sales and use tax returns, and/or intangible tax returns, filed by you, individually or jointly with any other person or entity, with the federal, state or municipal governments, for the period from 2010 to the present.

10.

Any and all records, documents, memoranda, and correspondence which relate to any assets owned, controlled or possessed by you for the period from 2010 to the present.

This 6 day of January , 2017.

LUEDER, LARKIN & HUNTER, LLC

By:

Brandon D. Wagner, Esq.
Georgia Bar No. 768064

5900 Windward Parkway
Suite 390
Alpharetta, Georgia 30005
(770) 685-7000

- 7 -

FILED IN OFFICE

IN THE STATE COURT OF FORSYTH COUNTY 2017 JAN 11  AM 9: 45
STATE OF GEORGIA

GREG G. ALLEN CLERK
SUPERIOR & STATE COURT
FORSYTH COUNTY, GEORGIA

SAWNEE VIEW FARMS HOMEOWNERS
ASSOCIATION, INC.,

    Plaintiff,

v.

                               CIVIL ACTION
                               FILE NO. 16SC-0149-A

GLENN M. HEAGERTY,
                               JUDGE  LESLIE C.
                               ABERNATHY-MADDOX

    Defendant.

## RULE 5.2 CERTIFICATE OF SERVICE

    This is to certify that in compliance with *Rule 5.2* of the *Uniform State Court Rules*, I have

this day served Defendant(s) with a copy of the foregoing **Plaintiff's Post Judgment**

**Interrogatories and Requests for Production** to Defendant, **Glenn M. Heagerty** by regular mail

by depositing same in the United States Mail with sufficient postage affixed thereon and addressed

as follows:

Glenn M. Heagerty
2890 Willow Wisp Way
Cumming, Georgia 30040

    This _9_ day of _January_, 2017.

                        LUEDER, LARKIN & HUNTER, LLC

                        Brandon D. Wagner, Esq.
                        Georgia Bar No. 768064
                        Attorney for Plaintiff

5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
770-685-7000

16SC-0149-A
CERSVC
Certificate of Service
1279528

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been served upon all parties, by mailing a copy of same to them by depositing same in the United States mail in a properly addressed envelope with adequate postage affixed as follows:

Glenn M. Heagerty
2890 Willow Wisp Way
Cumming, Georgia 30040

This 9 day of January, 2017.

LUEDER, LARKIN & HUNTER, LLC

Brandon D. Wagner, Esq.
Georgia Bar No. 768064
Attorney for Plaintiff

5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
770-685-7000