Glenn Heagerty
2890 Willow Wisp Way
Cumming, GA 30040

January 13, 2017

Certified Mail Receipt #s:

Mr. Chris Patten
Vice President of Sawnee View Farms HOA
3035 Woodfield Way
Cumming, GA 30040

Re:  account errors

The purpose of this letter is to notify you of errors in your records regarding my account.

According to sworn testimony given by the association, its officers, and agents in the civil action Sawnee View Farms Homeowners Association Inc. v. Heagerty, the annual assessment is $350 plus the cost of garbage service divided equally amongst lots with a house. As of 2009 figures(the last time I was provided a per lot figure for garbage service), that equates to an amount assessed for 2017 of $500.

Based on this computation, I had a credit balance with the association of $540 as of December 31, 2014. When you had a debt collector dun me in June 2015 I had a credit balance of $40. You subsequently filed a lien for an amount I did not owe. You then filed a lawsuit against me before I was 30 days past due in 2016 in which I only owed $210 at the time.

Please let me know if the sworn testimony was false or that my calculations are incorrect or both.

If I am correct, I hope you will do the right thing and have the lien canceled, the judgment vacated, and give some thought as to how to make up for all the trouble you have put me through.

Thank you for your attention to this matter and I look forward to your reply.

_____

Glenn Heagerty

cc: Sawnee View Farms HOA, P.O. Box 1546, Cumming, GA 30028


EXHIBIT 4

Glenn Heagerty
2890 Willow Wisp Way
Cumming, GA 30040

January 11, 2017

Certified Mail Receipt #s:

Mr. Geary Beaulieu
Treasurer of Sawnee View Farms HOA
2825 Elderberry Lane
Cumming, GA 30040

Re: request for amount of unpaid past due assessments, any late charges owed, and any interest due for Lot #9

Please provide me with a statement from you that sets forth the following:

1. the amount of assessments past due and unpaid
2. applicable late charges
3. applicable interest

Send the statement to:

Glenn Heagerty
2890 Willow Wisp Way
Cumming, GA 30040

This request is made pursuant to the sworn testimony made by the association, its officers, and agents in the civil action Sawnee View Farms Homeowners Association, Inc. v. Heagerty that referenced Article IV, Section 4.1 of the covenants and O.C.G.A. 44-3-232(d).

Thank you,

_____

Glenn Heagerty

cc: Sawnee View Farms HOA, P.O. Box 1546, Cumming, GA 30028

Glenn Heagerty
2890 Willow Wisp Way
Cumming, GA 30040

January 12, 2017

Certified Mail Receipt #s:

Ms. Margaret Estes
Secretary of Sawnee View Farms HOA
3020 Sawnee Lake Lane
Cumming, GA 30040

Re:  request for budgets, start of fiscal year, notice of invoicing error

Attached is a copy of your invoice that I received January 9, 2017. I believe there is an error in the amount.

Please provide me with a copy of the association's budget from 2010 forward. I have not been delivered a copy in accordance with the covenants since 2009 that gives the per lot charge for garbage service.

Please let me know the start of the association's fiscal year.

According to sworn testimony given by the association, its officers, and agents in the civil action Sawnee View Farms Homeowners Association Inc. v. Heagerty, the annual assessment is $350 plus the cost of garbage service divided equally amongst lots with a house. As of 2009, that equates to an amount assessed for 2017 of $500.

Please let me know if the sworn testimony was false or that there is an error in your invoice.

Thank you for your attention to this matter,

_____

Glenn Heagerty


cc: Sawnee View Farms HOA, P.O. Box 1546, Cumming, GA 30028

Glenn Heagerty
2890 Willow Wisp Way
Cumming, GA 30040

January 13, 2017

Certified Mail Receipt #s:

Mr. Chad Giller
Vice President of Sawnee View Farms HOA
2785 Sawnee View Dr.
Cumming, GA 30040

Re:  Judgment collection notice

Please find attached a letter I received a few days ago noticing me that you intend to collect on the judgment awarded to the association.

The letter states that you are willing to accept a reasonable settlement offer instead of proceeding through the discovery process. I am willing to propose a settlement, however, I need some more information from you.

According to sworn testimony given by the association, its officers, and agents in the civil action Sawnee View Farms Homeowners Association Inc. v. Heagerty, the annual assessment is $350 plus the cost of garbage service divided equally amongst lots with a house.

Please provide me with the actual yearly amounts paid the garbage vendor since 2004 and the actual charge assessed to Lot 9 for each of those years, up to and including 2017.

Once I have this information I will be able to make a reasonable offer. I hope that you will be willing to extend the time to complete the discovery requests by the amount of time it takes for you to get me this information.

Thank you for your attention to this matter and I look forward to your reply.

_____

Glenn Heagerty

cc: Sawnee View Farms HOA,  P.O. Box 1546, Cumming, GA 30028