# LUEDER, LARKIN, & HUNTER, LLC

ATTORNEYS AT LAW

January 27, 2017

*Via hand delivery at the US District Court- Gainesville Division*

Glenn M. Heagerty
2890 Willow Wisp Way
Cumming, Georgia 30040

Re:   Sawnee View Farms Homeowners Association, Inc. v. Glenn M. Heagerty

Dear Glenn M. Heagerty,

This firm represents Sawnee View Farms Homeowners Association, Inc. Detailed below, are the amounts due and owing to Sawnee View Farms Homeowners Association, Inc. for judgment and post-judgment amounts due concerning the property at 2890 Willow Wisp Way, Cumming, Georgia 30040. A judgment was entered on June 10, 2016 in the State Court of Forsyth County and included regular assessments through December 31, 2016. Post-judgment interest has also accrued and is due as part of the judgment. Payments toward the judgment have been applied as follows:

| Itemization | Amount Due | Payment | Judgment Balance |
| --- | --- | --- | --- |
| Post Judgment Int. through 01/25/17 | $590.95 | -$0.00 | $590.95 |
| Principal (through 12/31/16) | $1,340.00 | -$0.00 | $1,340.00 |
| Attorney Fees | $3,614.00 | -$0.00 | $3,614.00 |
| Costs | $278.85 | -$0.00 | $278.85 |
| Pre-Judgment Interest | $223.69 | -$0.00 | $223.69 |
| Judgment Balance | $6,047.49 | $0.00 | $6,047.49 |

The amount of **$6,047.49 is due in order to satisfy the Judgment**.

Assessments and charges incurred after the Judgment are considered post-judgment amounts and due and owing to the Association. Current post-judgment amounts due are as follows:

EXHIBIT 8

January 27, 2017
Page 2

| Itemization | Amount Due |
|---|---|
| Principal Assessments from 01/01/17 through 01/25/17 | $300.00 |
| Post Judgment Attorney Fees | $625.50 |
| Lien Cancellation Costs | $7.00 |
| Post Judgment Costs (excluding garnishment costs) | $35.00 |
| Total | $967.50 |

The total amount owed is $7,014.99 through today which includes the amount remaining for all judgment and post judgment amounts, less all payments received. Please send a check in the amount of $7,014.99 to our attention at the address below and made payable to Sawnee View Farms Homeowners Association, Inc. on or before February 4, 2017. **Payment of $7,014.99 will satisfy the judgment and amounts becoming due after the judgment.**

Enclosed, please find a copy of the judgment, account ledger and attorney fee statement for the above referenced property. Please note, that although the amounts listed above may not yet appear on the account ledger, they are still due.

Lastly, for your records, we are also enclosing a copy of the budgets for years 2009/2010-2017, these documents were distributed each year at the Association's annual meetings as well.

This communication is an attempt to collect a debt. Any information obtained will be used for that purpose.

Sincerely,

Brandon D. Wagner, Esq.
Attorney

BDW/th
File no.: 1103-1100-4