Glenn Heagerty
2890 Willow Wisp Way
Cumming, GA 30040

February 9, 2017

Certified Mail Receipt #s:

Mr. Brandon D. Wagner, Esq.
c/o Lueder, Larkin, & Hunter, LLC
5900 Windward Parkway
Suite 390
Alpharetta, GA 30005

Re: Errors in your 1/27/2017 communication

Mr. Wagner,

I am writing to let you know that there are billing errors in your 1/27/17 communication attempting to collect a debt.

The errors that I have found to date are in the current post-judgment amounts due section:

1. the amount due for the first installment of 2017 is incorrect, it should be $243.53
2. no lien cancellation has been recorded as of today regarding Sawnee View Farms Lot 9, the $7.00 is a mistake
3. the account ledger is inaccurate, I have attached a correct history of annual assessments regarding Sawnee View Farms Lot 9
4. the $335.00 billed on 1/19/17 is a mistake, you and THA are billing for work not performed

With respect to the other post-judgment amounts due listed as attorneys' fees and costs, please provide me proof that the work was performed by an attorney and that the association actually incurred those costs.

I will continue to review the bills you have sent me and will let you know what other errors I find.

Thank you,

Glenn Heagerty

cc: SVFHOAI

EXHIBIT 9

1103-1100-4

Lot 9 Annual Assessment History

| Fiscal Year | Computation Version | Base Amount | Single-Service Garbage Vendor Cost | Computed Amount | Annual Invoice Amount | Amount Paid | Balance (End-of-year) |
|---|---|---|---|---|---|---|---|
| 1997 | Art. IV, Sec. 4.2(1994) | $350.00 | $0.00 | $350.00 | $350.00 | $350.00 | $0.00 |
| 1998 | Art. IV, Sec. 4.2(1994) | $350.00 | $0.00 | $350.00 | $350.00 | $350.00 | $0.00 |
| 1999 | Art. IV, Sec. 4.2(1994) | $350.00 | $0.00 | $350.00 | $350.00 | $350.00 | $0.00 |
| 2000 | Art. IV, Sec. 4.2(1994) | $350.00 | $0.00 | $350.00 | $350.00 | $350.00 | $0.00 |
| 2001 | Art. IV, Sec. 4.2(1994) | $350.00 | $0.00 | $350.00 | $350.00 | $350.00 | $0.00 |
| 2002 | Art. IV, Sec. 4.2(1994) | $350.00 | $0.00 | $350.00 | $350.00 | $350.00 | $0.00 |
| 2003 | Art. IV, Sec. 4.2(2003) | $350.00 | $99.00 | $449.00 | $449.00 | $449.00 | $0.00 |
| 2004 | Art. IV, Sec. 4.2(2003) | $350.00 | $132.00 | $482.00 | $482.00 | $482.00 | $0.00 |
| 2005 | Art. IV, Sec. 4.2(2003) | $350.00 | $132.00 | $482.00 | $482.00 | $482.00 | $0.00 |
| 2006 | Art. IV, Sec. 4.2(2003) | $350.00 | $132.00 | $482.00 | $482.00 | $482.00 | $0.00 |
| 2007 | Art. IV, Sec. 4.2(2003) | $350.00 | $132.00 | $482.00 | $482.00 | $482.00 | $0.00 |
| 2008 | Art. IV, Sec. 4.2(2003) | $350.00 | $144.58 | $494.58 | $482.00 | $482.00 | $12.58 |
| 2009 | Art. IV, Sec. 4.2(2003) | $350.00 | $148.50 | $498.50 | $500.00 | $500.00 | $11.08 |
| 2010 | Art. IV, Sec. 4.2(2003) | $350.00 | $162.00 | $512.00 | $500.00 | $500.00 | $23.08 |
| 2011 | Art. IV, Sec. 4.2(2003) | $350.00 | $144.00 | $494.00 | $650.00 | $650.00 | $132.92 |
| 2012 | Art. IV, Sec. 4.2(2003) | $350.00 | $144.06 | $494.06 | $650.00 | $650.00 | $288.86 |
| 2013 | Art. IV, Sec. 4.2(2003) | $350.00 | $144.00 | $494.00 | $620.00 | $620.00 | $414.86 |
| 2014 | Art. IV, Sec. 4.2(2003) | $350.00 | $135.87 | $485.87 | $620.00 | $620.00 | $548.99 |
| 2015 | Art. IV, Sec. 4.2(2003) | $350.00 | $137.03 | $487.03 | $650.00 | $0.00 | $61.96 |
| 2016 | Art. IV, Sec. 4.2(2003) | $350.00 | $137.06 | $487.06 | $620.00 | $1,240.00 | $814.90 |
| 2017 | Art. IV, Sec. 4.2(2003) | $350.00 | $137.06 | $487.06 | $600.00 | $243.54 | $571.38 |