IN THE STATE COURT OF FORSYTH COUNTY

STATE OF GEORGIA

SAWNEE VIEW FARMS

HOMEOWNERS ASSOCIATION, INC.,

PLAINTIFF,

v.

GLENN M. HEAGERTY,

DEFENDANT

CIVIL ACTION FILE NO:

16SC-0149-A

## DEFENDANT'S ANSWERS TO PLAINTIFF'S INTERROGATORIES

TO: Brandon D. Wagner, Esq., Lueder, Larkin, & Hunter, LLC, 5900 Windward Parkway, Suite 390, Alpharetta, GA 30005.

## RESPONSES TO INTERROGATORIES

INTERROGATORY NO. 1 ANSWER: Defendant objects on the grounds that



EXHIBIT
10

1

process to enforce the judgment is insufficient pursuant to O.C.G.A. § 9-11-69 (2016). No writ of execution has been issued and recorded nor has the Court directed enforcement otherwise. Therefore the interrogatory is improper.

INTERROGATORY NO. 2 ANSWER: Defendant objects on the grounds that process to enforce the judgment is insufficient pursuant to O.C.G.A. § 9-11-69 (2016). No writ of execution has been issued and recorded nor has the Court directed enforcement otherwise. Therefore the interrogatory is improper.

INTERROGATORY NO. 3 ANSWER: Defendant objects on the grounds that process to enforce the judgment is insufficient pursuant to O.C.G.A. § 9-11-69 (2016). No writ of execution has been issued and recorded nor has the Court directed enforcement otherwise. Therefore the interrogatory is improper.

INTERROGATORY NO. 4 ANSWER: Defendant objects on the grounds that process to enforce the judgment is insufficient pursuant to O.C.G.A. § 9-11-69 (2016). No writ of execution has been issued and recorded nor has the Court directed enforcement otherwise. Therefore the interrogatory is improper.

INTERROGATORY NO. 5 ANSWER: Defendant objects on the grounds that process to enforce the judgment is insufficient pursuant to O.C.G.A. § 9-11-69 (2016). No writ of execution has been issued and recorded nor has the Court directed enforcement otherwise. Therefore the interrogatory is improper.

INTERROGATORY NO. 6 ANSWER: Defendant objects on the grounds that process to enforce the judgment is insufficient pursuant to O.C.G.A. § 9-11-69 (2016). No writ of execution has been issued and recorded nor has the Court directed enforcement otherwise. Therefore the interrogatory is improper.

INTERROGATORY NO. 7 ANSWER: Defendant objects on the grounds that process to enforce the judgment is insufficient pursuant to O.C.G.A. § 9-11-69 (2016). No writ of execution has been issued and recorded nor has the Court directed enforcement otherwise. Therefore the interrogatory is improper.

INTERROGATORY NO. 8 ANSWER: Defendant objects on the grounds that process to enforce the judgment is insufficient pursuant to O.C.G.A. § 9-11-69

(2016). No writ of execution has been issued and recorded nor has the Court directed enforcement otherwise. Therefore the interrogatory is improper.

INTERROGATORY NO. 9 ANSWER: Defendant objects on the grounds that process to enforce the judgment is insufficient pursuant to O.C.G.A. § 9-11-69 (2016). No writ of execution has been issued and recorded nor has the Court directed enforcement otherwise. Therefore the interrogatory is improper.

INTERROGATORY NO. 10 ANSWER: Defendant objects on the grounds that process to enforce the judgment is insufficient pursuant to O.C.G.A. § 9-11-69 (2016). No writ of execution has been issued and recorded nor has the Court directed enforcement otherwise. Therefore the interrogatory is improper.

INTERROGATORY NO. 11 ANSWER: Defendant objects on the grounds that process to enforce the judgment is insufficient pursuant to O.C.G.A. § 9-11-69 (2016). No writ of execution has been issued and recorded nor has the Court directed enforcement otherwise. Therefore the interrogatory is improper.

Respectfully submitted this 9th day of February, 2017,

Glenn Heagerty.
2890 Willow Wisp Way
Cumming, GA 30040

IN THE STATE COURT OF FORSYTH COUNTY

STATE OF GEORGIA

| | |
|---|---|
| SAWNEE VIEW FARMS | |
| HOMEOWNERS ASSOCIATION, INC., | |
| PLAINTIFF, | CIVIL ACTION FILE NO: |
| v. | 16SC-0149-A |
| GLENN M. HEAGERTY, | |
| DEFENDANT | |

**DEFENDANT'S ANSWERS  TO PLAINTIFF'S REQUESTS FOR**

**PRODUCTION**

TO: Brandon D. Wagner, Esq., Lueder, Larkin, & Hunter, LLC, 5900 Windward

Parkway, Suite 390, Alpharetta, GA 30005.


**RESPONSES TO REQUESTS FOR PRODUCTION**

1

1103-1004

REQUEST NO. 1 ANSWER: Defendant objects on the grounds that process to enforce the judgment is insufficient pursuant to O.C.G.A. § 9-11-69 (2016). No writ of execution has been issued and recorded nor has the Court directed enforcement otherwise. Therefore the request is improper.

REQUEST NO. 2 ANSWER: Defendant objects on the grounds that process to enforce the judgment is insufficient pursuant to O.C.G.A. § 9-11-69 (2016). No writ of execution has been issued and recorded nor has the Court directed enforcement otherwise. Therefore the request is improper.

REQUEST NO. 3 ANSWER: Defendant objects on the grounds that process to enforce the judgment is insufficient pursuant to O.C.G.A. § 9-11-69 (2016). No writ of execution has been issued and recorded nor has the Court directed enforcement otherwise. Therefore the request is improper.

REQUEST NO. 4 ANSWER: Defendant objects on the grounds that process to enforce the judgment is insufficient pursuant to O.C.G.A. § 9-11-69 (2016). No writ of execution has been issued and recorded nor has the Court directed enforcement

otherwise. Therefore the request is improper.

REQUEST NO. 5 ANSWER: Defendant objects on the grounds that process to enforce the judgment is insufficient pursuant to O.C.G.A. § 9-11-69 (2016). No writ of execution has been issued and recorded nor has the Court directed enforcement otherwise. Therefore the request is improper.

REQUEST NO. 6 ANSWER: Defendant objects on the grounds that process to enforce the judgment is insufficient pursuant to O.C.G.A. § 9-11-69 (2016). No writ of execution has been issued and recorded nor has the Court directed enforcement otherwise. Therefore the request is improper.

REQUEST NO. 7 ANSWER: Defendant objects on the grounds that process to enforce the judgment is insufficient pursuant to O.C.G.A. § 9-11-69 (2016). No writ of execution has been issued and recorded nor has the Court directed enforcement otherwise. Therefore the request is improper.

REQUEST NO. 8 ANSWER: Defendant objects on the grounds that process to

enforce the judgment is insufficient pursuant to O.C.G.A. § 9-11-69 (2016). No writ of execution has been issued and recorded nor has the Court directed enforcement otherwise. Therefore the request is improper.

REQUEST NO. 9 ANSWER: Defendant objects on the grounds that process to enforce the judgment is insufficient pursuant to O.C.G.A. § 9-11-69 (2016). No writ of execution has been issued and recorded nor has the Court directed enforcement otherwise. Therefore the request is improper.

REQUEST NO. 10 ANSWER: Defendant objects on the grounds that process to enforce the judgment is insufficient pursuant to O.C.G.A. § 9-11-69 (2016). No writ of execution has been issued and recorded nor has the Court directed enforcement otherwise. Therefore the request is improper.

Respectfully submitted this 9th day of February, 2017,

Glenn Heagerty.
2890 Willow Wisp Way
Cumming, GA 30040

4

IN THE STATE COURT OF FORSYTH COUNTY

STATE OF GEORGIA

SAWNEE VIEW FARMS

HOMEOWNERS ASSOCIATION, INC.,

PLAINTIFF,

v.

GLENN M. HEAGERTY,

DEFENDANT

CIVIL ACTION FILE NO:

16SC-0149-A

## RULE 5.2 CERTIFICATE OF SERVICE

This is to certify that in compliance with *Rule 5.2 of the Uniform State Court Rules*, I have this day served Plaintiff with a copy of **Defendant's Answer's to Plaintiff's Post-Judgment Interrogatorries** by regular mail by depositing same in the United States Mail with sufficient postage affixed thereon and addressed as follows:

1

*1103-1100-4*

Brandon D. Wagner, Esq.
c/o Lueder, Larkin & Hunter, LLC
5900 Windward Parkway
Suite 390
Alpharetta, GA 30005

Respectfully submitted this 9th day of February, 2017,


Glenn Heagerty.
2890 Willow Wisp Way
Cumming, GA 30040

2

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been

served upon the opposing party by placing a copy of same in the U.S. Mail, proper

postage affixed thereto, in envelopes addressed as follows:

> Brandon D. Wagner, Esq.
> Lueder, Larkin & Hunter, LLC
> 5900 Windward Parkway
> Suite 390
> Alpharetta, GA 30005

This 9th day of February, 2017.

> Glenn Heagerty
> 2890 Willow Wisp Way
> Cumming, GA 30040

IN THE STATE COURT OF FORSYTH COUNTY

STATE OF GEORGIA

SAWNEE VIEW FARMS

HOMEOWNERS ASSOCIATION, INC.,

PLAINTIFF,

v.

GLENN M. HEAGERTY,

DEFENDANT

CIVIL ACTION FILE NO:

16SC-0149-A

## RULE 5.2 CERTIFICATE OF SERVICE

This is to certify that in compliance with *Rule 5.2 of the Uniform State Court Rules*, I have this day served Plaintiff with a copy of **Defendant's Answers to Plaintiff's Post-Judgment Requests for Production** by regular mail by depositing same in the United States Mail with sufficient postage affixed thereon and addressed as follows:

3

Brandon D. Wagner, Esq.
c/o Lueder, Larkin & Hunter, LLC
5900 Windward Parkway
Suite 390
Alpharetta, GA 30005

Respectfully submitted this 9th day of February, 2017,


Glenn Heagerty.
2890 Willow Wisp Way
Cumming, GA 30040

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been

served upon the opposing party by placing a copy of same in the U.S. Mail, proper

postage affixed thereto, in envelopes addressed as follows:

> Brandon D. Wagner, Esq.
> Lueder, Larkin & Hunter, LLC
> 5900 Windward Parkway
> Suite 390
> Alpharetta, GA 30005

This 9th day of February, 2017.

Glenn Heagerty
2890 Willow Wisp Way
Cumming, GA 30040