Glenn Heagerty
2890 Willow Wisp Way
Cumming, GA 30040

April 4, 2017

Certified Mail Receipt #s:

Christine S. Lee, Esq.
c/o Lueder, Larkin, & Hunter, LLC
5900 Windward Parkway
Suite 390
Alpharetta, GA 30005

Re: Notice of dispute and demand for validation

Ms. Lee,

Please find attached a copy of the first page of your communication attempting to collect a debt. It is dated 3/24/17, postmarked 3/24/17, and was received 4/1/17.

This letter is not a refusal to pay and it is not meant in any way to acknowledge that I owe you the sum of money stated in the letter. This letter is a notice sent pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et. seq., and the Fair Credit Reporting Act, 15 U.S.C. §1681 et. seq., that your claims are disputed and validation is requested.

This is not a request for "verification" or proof of my mailing address or any other personal identifiers, but a request for VALIDATION made pursuant to the above named Titles and Sections. I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you.

Please provide me with the following:
• What the money you say I owe is for.
• Explain and show me how you specifically calculated the entire amount of what you say I owe.
• Provide me with copies of any and all "account level documents" that show I agreed to pay what you say I owe to include original signatures.
• Identify the ORIGINAL creditor.
• If you purchased this alleged account, identify the SELLER you purchased it from and ALL PREVIOUS OWNERS.
• Provide me with a copy of ANY judgment you say gives you the right to collect anything from me.
• Provide me with ANY documentation which establishes your legal standing to collect anything from me.

EXHIBIT 13

If your offices are able to provide the proper documentation as requested, I will require at least 30 days after receipt to investigate this information and during such time all collection activity must cease.

If your offices fail to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit files with the credit reporting agencies and a copy of such deletion request shall be sent to me immediately.

Until proper validation is provided you are to cease all collection efforts.

I also request that no telephone contact be made by your offices to me, my home or to my place of employment. If your offices attempt telephone communication with me, including but not limited to computer generated calls and calls or correspondence sent to or with any third parties, it will be considered harassment. All future communications with me MUST be done in writing and sent to the address noted in this letter by USPS.

It would be advisable that you assure that your records are in order before I am forced to take legal action. This is an attempt to have you correct your records; any information obtained shall be used for that purpose.

Respectfully,

*[signature]*

Glenn Heagerty

## MAGISTRATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

Date Filed: 3/24/17

Garnishment # 17MRG021445

SAWNEE VIEW FARMS HOMEOWNERS ASSOCIATION, INC.

5900 WINDWARD PARKWAY, SUITE 390
ALPHARETTA GEORGIA 30005
**PLAINTIFF**

c2c/LUEDER LARKIN & HUNTER, LLC

**VS**

GLENN HEAGERTY AKA
**DEFENDANT**

BANK OF THE OZARKS
**GARNISHEE**

**GARNISHMENT
CERTIFICATE OF SERVICE
UPON DEFENDANT**

I hereby certify that on this date, **Christine S. Lee**, I caused a copy of the affidavit of garnishment, a copy of the summons of garnishment, a copy of the notice to defendant of right against garnishment of money, including wages, and other property and a copy of the defendant's claim form to be sent to the above listed defendant, GLENN HEAGERTY, at the defendant's last known address by:

( ) **Regular Mail and (circle one) Certified, Registered Mail: (Attaching Green Card)** The original return mail receipt (green card) or original envelope is hereto attached. I have put the GARNISHMENT CASE NO. on this document so that it can be properly filed with my case.

(X) **Regular Mail and (circle one) Certified, Registered Mail: (Attaching Original Receipt)** I have not received the return mail receipt back from the post office. Therefore, I have hereto attached the original certified mail receipt form. I have put the GARNISHMENT CASE NO. on this document so that it can be properly filed with my case.

( ) **Hand delivery:** By hand delivery to the defendant.

( ) **1st Class Mail within 60 Days After Judgment Obtained:** 1st CLASS MAIL, in a properly addressed envelope with adequate postage to the defendant at the SAME address at which the defendant was served. The judgment in the original case was filed on _____, this garnishment was filed within 60 days, on _____.

I hereby certify that I ( ) have mailed; (X) will mail immediately upon filing; a copy of these **documents upon the defendant.** Plaintiff request all funds paid into the registry of the court be condemned.

This __22__ day of __MARCH__, 20__17__

Glenn Heagerty
2890 Willow Wisp Way
Cumming, GA 30040

April 4, 2017

Certified Mail Receipt #s:


Brandon D Wagner, Esq.
c/o Lueder, Larkin, & Hunter, LLC
5900 Windward Parkway
Suite 390
Alpharetta, GA 30005


Re: Notice of dispute and demand for validation

Mr. Wagner,

Please find attached a copy of the first page of your communication attempting to collect a debt. It is dated 3/24/17, postmarked 3/24/17, and was received 4/1/17.

This letter is not a refusal to pay and it is not meant in any way to acknowledge that I owe you the sum of money stated in the letter. This letter is a notice sent pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et. seq., and the Fair Credit Reporting Act, 15 U.S.C. §1681 et. seq., that your claims are disputed and validation is requested.

This is not a request for "verification" or proof of my mailing address or any other personal identifiers, but a request for VALIDATION made pursuant to the above named Titles and Sections. I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you.

Please provide me with the following:
- What the money you say I owe is for.
- Explain and show me how you specifically calculated the entire amount of what you say I owe.
- Provide me with copies of any and all "account level documents" that show I agreed to pay what you say I owe to include original signatures.
- Identify the ORIGINAL creditor.
- If you purchased this alleged account, identify the SELLER you purchased it from and ALL PREVIOUS OWNERS.
- Provide me with a copy of ANY judgment you say gives you the right to collect anything from me.
- Provide me with ANY documentation which establishes your legal standing to collect anything from me.

If your offices are able to provide the proper documentation as requested, I will require at least 30 days after receipt to investigate this information and during such time all collection activity must cease.

If your offices fail to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit files with the credit reporting agencies and a copy of such deletion request shall be sent to me immediately.

Until proper validation is provided you are to cease all collection efforts.

I also request that no telephone contact be made by your offices to me, my home or to my place of employment. If your offices attempt telephone communication with me, including but not limited to computer generated calls and calls or correspondence sent to or with any third parties, it will be considered harassment. All future communications with me MUST be done in writing and sent to the address noted in this letter by USPS.

It would be advisable that you assure that your records are in order before I am forced to take legal action. This is an attempt to have you correct your records; any information obtained shall be used for that purpose.

Respectfully,

*[signature]*

Glenn Heagerty

## IN THE MAGISTRATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| SAWNEE VIEW FARMS HOMEOWNERS ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLENN M. HEAGERTY <br><br> Defendant <br><br> BANK OF THE OZARKS <br><br> Garnishee | CIVIL ACTION <br> FILE NO. 17-MRG-021445 |

## CERTIFICATE OF SERVICE OF GARNISHMENT UPON DEFENDANT

Pursuant to O.C.G.A. § 18-4-8, the Plaintiff, certifies that the Affidavit of Garnishment, a copy of the Summons of Garnishment, a copy of the Notice of Defendant of Right against Garnishment of Money, Including Wages, and Other Property, and a copy of the Defendant's Claim Form were served by regular mail AND certified mail **7016 1370 0001 6679 8622** to the following:

Glenn M. Heagerty
2890 Willow Wisp Way
Cumming, Georgia 30040

Prior to any disbursement, one of the following forms of proof shall be filed with the Court: (1) The return receipt indicating receipt by the Defendant; (2) The envelope bearing the official notification from the United States Postal Service of the Defendant's refusal to accept delivery of such registered or certified mail; (3) The envelope bearing the official notification from a commercial from a commercial firm of the Defendant's refusal to accept such statutory overnight delivery; or (4) An official written notice from the United States Postal Service of the Defendant's refusal to accept delivery of such registered or certified mail.

This __24__ day of __MARCH__, 2017

Signed: _____
On behalf of Brandon D. Wagner, Esq., Christina S. Lee, ESQ
Attorney for Plaintiff
Georgia Bar No. 768064    Bar No.: 776928

Lueder, Larkin & Hunter, LLC
5900 Windward Parkway Suite 390
Alpharetta, Georgia 30005
(770)-685-7000
1103-1100-4