# LUEDER, LARKIN & HUNTER, LLC

ATTORNEYS AT LAW

April 13, 2017

Glenn M. Heagerty
2890 Willow Wisp Way
Cumming, Georgia 30040

Re: Sawnee View Farms Homeowners Association, Inc.

Dear Glenn M. Heagerty:

I am in receipt of your latest letters dated April 4, 2017 directed to my office in which you again request validation of your debt. Enclosed is a copy of the verification that was provided to you on January 27, 2017.

This communication is an attempt to collect a debt. Any information obtained will be used for that purpose.

Sincerely,

Brandon D. Wagner, Esq.

BDW/tlh
Enclosure
1103-1100-4

EXHIBIT
14

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To Heagerty
Street and Apt. No., or PO Box No.
City, State, ZIP+4® 1103-1100-4

$ 000
02 1P
0000884437 APR 1
MAILED FROM ZIP CODE

PS Form 3800, April 2015 PSN 7530-02-000-9047

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Glenn M. Heagerty
2890 Willow Wisp Way
Cumming, GA 30040

9590 9402 2482 6306 7343 06

2. Article Number (Transfer from service label)
7016 0600 0000 2620 0673

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) Glenn Heagerty

C. Date of Delivery 4 2017

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

APR 20 2017

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# LUEDER, LARKIN, & HUNTER, LLC

ATTORNEYS AT LAW

January 27, 2017

***Via hand delivery at the US District Court- Gainesville Division***

Glenn M. Heagerty
2890 Willow Wisp Way
Cumming, Georgia 30040

Re: Sawnee View Farms Homeowners Association, Inc. v. Glenn M. Heagerty

Dear Glenn M. Heagerty,

This firm represents Sawnee View Farms Homeowners Association, Inc. Detailed below, are the amounts due and owing to Sawnee View Farms Homeowners Association, Inc. for judgment and post-judgment amounts due concerning the property at 2890 Willow Wisp Way, Cumming, Georgia 30040. A judgment was entered on June 10, 2016 in the State Court of Forsyth County and included regular assessments through December 31, 2016. Post-judgment interest has also accrued and is due as part of the judgment. Payments toward the judgment have been applied as follows:

| **Itemization** | **Amount Due** | **Payment** | **Judgment Balance** |
|---|---|---|---|
| Post Judgment Int. through 01/25/17 | $590.95 | -$0.00 | $590.95 |
| Principal (through 12/31/16) | $1,340.00 | -$0.00 | $1,340.00 |
| Attorney Fees | $3,614.00 | -$0.00 | $3,614.00 |
| Costs | $278.85 | -$0.00 | $278.85 |
| Pre-Judgment Interest | $223.69 | -$0.00 | $223.69 |
| Judgment Balance | $6,047.49 | $0.00 | $6,047.49 |

The amount of **$6,047.49 is due in order to satisfy the Judgment.**

Assessments and charges incurred after the Judgment are considered post-judgment amounts and due and owing to the Association. Current post-judgment amounts due are as follows:

5900 WINDWARD PARKWAY, SUITE 390, ALPHARETTA, GEORGIA 30005
COLLECTIONS DEPARTMENT
TELEPHONE 770-685-7037 • FACSIMILE (770) 685-7003

| Itemization | Amount Due |
|---|---|
| Principal Assessments from 01/01/17 through 01/25/17 | $300.00 |
| Post Judgment Attorney Fees | $625.50 |
| Lien Cancellation Costs | $7.00 |
| Post Judgment Costs (excluding garnishment costs) | $35.00 |
| Total | $967.50 |

The total amount owed is $7,014.99 through today which includes the amount remaining for all judgment and post judgment amounts, less all payments received. Please send a check in the amount of $7,014.99 to our attention at the address below and made payable to Sawnee View Farms Homeowners Association, Inc. on or before February 4, 2017. **Payment of $7,014.99 will satisfy the judgment and amounts becoming due after the judgment.**

Enclosed, please find a copy of the judgment, account ledger and attorney fee statement for the above referenced property. Please note, that although the amounts listed above may not yet appear on the account ledger, they are still due.

Lastly, for your records, we are also enclosing a copy of the budgets for years 2009/2010-2017, these documents were distributed each year at the Association's annual meetings as well.

This communication is an attempt to collect a debt. Any information obtained will be used for that purpose.

Sincerely,

Brandon D. Wagner, Esq.
Attorney

BDW/th
File no.: 1103-1100-13

IN THE STATE COURT OF FORSYTH COUNTY
STATE OF GEORGIA

FORSYTH COUNTY GEORGIA
FILED IN THIS OFFICE
JUN 10 2016
CLERK SUPERIOR COURT

SAWNEE VIEW FARMS HOMEOWNERS ASSOCIATION, INC.,
Plaintiff,

v.

GLENN HEAGERTY,
Defendant.

CIVIL ACTION NO.
NO. 16SC-0149-A

16SC-0149-A
OGTSJ
Order Granting Summary Judgment
1136333

ORDER ON PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT

The above-styled matter came before this Court for hearing on June 6, 2016, for consideration of Plaintiff's Motion for Summary Judgment filed May 5, 2016. Defendant filed his response in opposition to Plaintiff's Motion for Summary Judgment on June 1, 2016.

On May 31, 2016, Defendant filed the following motions: (1) "Motion to Strike all of Plaintiff's Pleadings, and Motion to Dismiss Complaint", (2) "Motion to Strike Affidavit of Title and Documents Attached Thereto", (3) "Motion to Strike Affidavit of Indebtedness and Document Attached Thereto" and (4) "Motion to Strike Affidavit of Attorney Fees and Documents Attached Thereto."

As a threshold matter, this Court must determine whether Plaintiff's motion is ripe as discovery was still pending in this case and the hearing was had on the thirtieth day after the filing of Plaintiff's motion for summary judgment. The Court must then determine if Plaintiff's affidavit of title, affidavit of indebtedness, and affidavit of attorney's fees can be considered by this Court. This Court has entered a separate order on Defendant's motion to dismiss.

Defendant had filed a motion to dismiss on Discovery was stayed in this case as of the date of the hearing pursuant to O.C.G.A. § 9-11-12(j)(1) as Defendant had a motion to dismiss pending before this Court that had not been ruled on. However, a plaintiff may move for

summary judgment "at any time, after the expiration of 30 days from the commencement of the action."[1] If a hearing is desired, at least 30 days from service of the motion must elapse before a hearing can be held, to give respondent time to file opposing evidence.[2] However, Georgia Uniform State Court Rule 6.2, states in pertinent part, that "each party opposing a motion shall serve and file a response, reply memorandum, affidavits, or other responsive material not later than 30 days after service of the motion, ***or on the date of the hearing (if one is held) whichever occurs sooner.***"[3] Additionally, "[a] trial court is not required to wait until the completion of discovery to rule on a motion for summary judgment, if the case is otherwise ripe for a ruling thereon."[4]

Both of these requirements were met in this case. Plaintiff filed its complaint on March 7, 2016. Plaintiff served Defendant with its motion for summary judgment on May 2, 2016. Defendant filed his response in opposition to Plaintiff's motion on June 1, 2016. A hearing was had June 6, 2016, thirty-five days after service of said motion on Defendant. Defendant did not file any additional pleadings or responses on the date of the hearing and Defendant has not filed any other pleadings to date. Defendant did not request a continuance at the hearing to seek discovery or for any other reason. Defendant has not served Plaintiff with any discovery requests. Defendant did not articulate any material information that he intended to obtain. Therefore, this Court finds that Plaintiff's motion for summary judgment is ripe for consideration by this Court.

Defendant further seeks to strike Plaintiff's pleadings, affidavit of title, affidavit of indebtedness, and attorney fees, in essence, on the basis that the affidavits do not identify the county and state of the location the affiant personally appeared before and/or where the affidavits

---

[1] *Govindasamy v. Wells FargoBank, N.A.*, 311 Ga.App.452, 715 S.E.2d 737(2011)
[2] *Id.*; O.C.G.A. § 9-11-56(a).
[3] O.C.G.A. § 9-11-56(a).
[4] *Bregman-Rodoski v. Rozas*, 273 Ga.App. 835, 616 S.E.2d 171(2005).

were notarized and because the affidavits do not state that the affiant made the statements under penalty of perjury.

"To constitute a complete affidavit, three essential features are requisite: first, the written oath embodying the facts sworn to by the affiant; second, the signature of the affiant thereto; and third, the jurat or attestation, by an officer authorized to administer the oath, that the affidavit was actually sworn to and subscribed before him by the affiant."[5]

The Court finds that the affidavits are complete and valid. Both affidavits set forth specific facts to which the affiants assert to have personal knowledge, each affiant has signed their respective affidavit by an officer authorized to administer the oaths evidenced by the officer's signature and notary seal. Therefore, Defendant's motions to strike are hereby **DENIED**, thus, the Court will consider Plaintiff's affidavits in support of its motion for summary judgment.

Plaintiff filed a Complaint alleging Defendant failed to pay homeowner's assessments, late charges, and interest pursuant to governing documents of an incorporated community association on March 7, 2016. Plaintiff further alleges Defendant was indebted to Plaintiff for regular assessments through December 31, 2016, interest at the rate of 18% per annum, reasonable attorney's fees actually incurred and costs. Defendant was personally served on March 16, 2016. Defendant filed a timely answer on April 11, 2016, generally denying any indebtedness to Plaintiff.

Plaintiff now moves for judgment against Defendant pursuant to O.C.G.A. § 9-11-56, relying on the affidavit of title, affidavit of indebtedness and affidavit of attorney's fees.

"To prevail at summary judgment under O.C.G.A. § 9-11-56, the moving party must demonstrate that there is no genuine issue of material fact and that the undisputed facts, viewed

---

[5] *Glenn v. Metropolitan Atlanta Rapid Transit Authority*, 158 Ga.App. 98, 279 S.E.2d 481(1981).

in the light most favorable to the nonmoving party, warrant judgment as a matter of law."[6] "Summary judgment is appropriate where the nonmovant fails to make a showing sufficient to establish the existence of an element essential to that party's case…"[7] Lastly, once the movant satisfies its burden, the burden then shifts to the respondent who must establish, by going beyond the pleadings, that there exists a genuine issue of material fact.[8]

O.C.G.A. § 9-11-56(e), provides in relevant part, that "an adverse party may not rest upon the mere allegations or denials of his pleading, but his response, by affidavits or as otherwise provided in this Code section, must set forth specific facts showing that there is a genuine issue for trial. If he does not so respond, summary judgment, if appropriate, shall be entered against him."

The Court having considered the motion, affidavits, pleadings, and Defendant's responses thereto and all other matters of record in the case *sub judice*, finds that Defendant is the owner of the property located at 2890 Willow Wisp Way, Cumming, Georgia 30040 ("Subject Property").[9] The Court further finds that Plaintiff has established a prima facie case of Defendant's indebtedness through the affidavit of Randy Shaheen and the exhibits attached thereto, and that Defendant failed to remit payment and is indebted to Plaintiff in the amount of $1,340.00 including regular assessments through December 31, 2016.

Although Defendant has set forth a general denial in his answer, the sworn affidavits of Soha S. Sohrabian and Randy Shaheen, combined with the attachments thereto are sufficient to pierce the general denial in Plaintiff's answer causing the burden of proof to shift to Defendant to show the items contained in the records, or some of them, are not correct. Defendant has made no such showing. Defendant has failed to come forward with any evidence showing that a

---

[6] *Lau's Corp. v. Haskins*, 261 Ga. 491; 405 S.E.2d 474 (1991); O.C.G.A. § 9-11-56(c).
[7] *Johnson v. Fleet Fin., Inc.*, 1992 U.S. Dist. LEXIS 8332 (S.D. Ga. 1992).
[8] *Id.*
[9] Affidavit of Title and attached exhibits filed May 5, 2016.

genuine issue of material fact remains.

For the foregoing reasons, this Court hereby **GRANTS** Plaintiff's Motion for Summary Judgment.

Plaintiff seeks reasonable attorney's fees that were actually incurred pursuant to O.C.G.A. § 44-5-60(e). Having considered Plaintiff's Affidavit of Attorney's Fees and the description and amount of fees set forth on Plaintiff's data entry sheet admitted at the hearing and Defendant stating no objection to the same, the Court finds that the attorney's fees arose from the covenants. The Court finds that the attorney's fees in the amount of $3,614.00 were actually incurred and are reasonable.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff shall have judgment against Defendant in the principal amount of $1,340.00 plus interest in the amount of $223.69 accrued at a rate of 18% per annum, and court costs and fees in the amount of $278.85, and reasonable attorney's fees actually incurred in the amount of $3,614.00.

The total judgment is $5,456.54. Post-judgment interest shall accrue at the rate provided by law.

**SO ORDERED** this 10th day of June, 2016.

LESLIE C. ABERNATHY-MADDOX
Judge, State Court of Forsyth County
Bell-Forsyth Judicial Circuit

Original:   Clerk of Court
cc:   Brandon D. Wagner, Attorney for Plaintiff
   Glenn Heagerty, Defendant

**Name / Mailing Address** | **Detail Delinquency Report** | **Sawnee View Farms HOA, Inc**

Glenn Heagerty (09)
2890 Willow Wisp Way Cumming, GA 30040

| Transaction | Date | Amount | Batch | Reference | Comments |
|---|---|---|---|---|---|
| Opening Balance | 12/31/2014 | | | | |
| Assessment - HOA | 1/1/2015 | 310.00 | | Semi-annual HOA Dues | |
| Late Fees | 2/28/2015 | 25.00 | | Late Fee | original invioce and 3 notices |
| Assessment - HOA | 7/1/2015 | 310.00 | | Semi-annual HOA Dues | |
| Late Fee | 8/31/2015 | 25.00 | | Late Fee | original invioce and 3 notices |
| Assessment - HOA | 1/1/2016 | 310.00 | | Semi-annual HOA Dues | |
| late Fee | 2/29/2016 | 25.00 | | late fee | original invioce and 3 notices |
| Assessment - HOA | 7/1/2016 | 310.00 | | Semi-annual HOA Dues | |
| late Fee | 8/31/2016 | 25.00 | | late fee | |
| Assessment - HOA | 1/1/2017 | 300.00 | | | |
| **Ending Balance:** | | **1640.00** | | ** not including legal fees | |

JAN 2 4 2017

Lueder, Larkin & Hunter LLC
5900 Windward Parkway
Suite 390
Alpharetta, GA 30005
Ph: 770-685-7000 Fax: 770-685-7003

January 27, 2017

Sawnee View Farms Homeowners Association
Attn: Randy Shaheen (R)
P.O. Box 1546
Cumming GA, 30028

**LEGAL SERVICES RENDERED**

**Matter:** 1103-1100-4
**RE:** Heagerty, Glenn M.: Post Judgment Collection

| DATE | ID | DESCRIPTION | HRS | RATE | AMT |
|---|---|---|---|---|---|
| 06/17/2016 | THA | Memo to client informing of entry of judgment and providing suggestions regarding account ledger. | 0.40 | 115.00 | 46.00 |
| 06/17/2016 | THA | Receive and review Final Order and Judgment. Update collection software. | 0.20 | 115.00 | 23.00 |
| 06/22/2016 | THA | Correspond with board regarding post judgment actions and costs. | 0.30 | 115.00 | 34.50 |
| 07/19/2016 | THA | Post-Judgment skip tracing to locate assets for garnishment; review of bankruptcy records to ensure owner is not under bankruptcy protection. Forward request to the private skip tracer to locate bank/and or employment assets for possible garnishment action. | 0.60 | 115.00 | 69.00 |
| 08/15/2016 | THA | Receive review and update collection software regarding skiptrace results. | 0.30 | 115.00 | 34.50 |
| 01/05/2017 | MCL | Update status of case in collection software. Prepare post judgment discovery requests including Interrogatories, Request for Production, and Request for Admissions sent to Defendant. | 0.50 | 115.00 | 57.50 |
| 01/06/2017 | MCL | Forward request to the private skip tracer C&A to locate bank/and or employment assets for possible garnishment action. | 0.20 | 115.00 | 23.00 |
| 01/06/2017 | BDW | Review and finalize post judgment discovery package to Defendant. Sign and return same to paralegal for service on Defendant. | 0.30 | 220.00 | 66.00 |
| 01/06/2017 | RMS | Ran Equifax search and TWN search for possible assets and employment. | 0.40 | 115.00 | 46.00 |
| 01/19/2017 | BDW | Receive and review ledger, attorney fees and payoff letter from litigation paralegal. Confirm accuracy of payoff numbers; edit as necessary. | 0.40 | 220.00 | 88.00 |
| 01/19/2017 | THA | Receive and review current account ledger. Pull current attorney fees. Prepare payoff letter of all amounts currently due. Forward payoff letter to collection attorney to edit and confer with debtor. | 1.00 | 115.00 | 115.00 |
| 01/24/2017 | MCL | Update status of case in collection software. Reviewed C&A privat skip tracing report no banking or employment information found. | 0.20 | 115.00 | 23.00 |

**COSTS**

| | | |
|---|---|---|
| 01/06/2017 | Obtained Smartlinx skiptracing report. | 35.00 |

| | |
|---|---|
| **Total Attorneys' Fees** | **$625.50** |
| **Total Costs** | **$35.00** |
| **Total Attorneys' Fees and Costs** | **$660.50** |

As-Of: 01/07/2017

Sawnee View Farms HOA
2016 Actual's and
2017 Planning Budget

| | Budget 2016 | Actual 2016 | +/- for 2016 | | Proposed 2017 | Board Adjustment |
|---|---|---|---|---|---|---|
| Income | | | | | | |
| Homeowner Dues | 41,540.00 | 41,635.00 | 95.00 | | 40,200.00 | 67 * 600 |
| Planned Bad Debt | (1,240.00) | | 1,240.00 | | (600.00) | |
| Pool/Clubhouse | | | - | | | |
| Special Assessment | | | - | | | |
| Fees/Fines | | 350.00 | 350.00 | | | |
| **Total Income** | **40,300.00** | **41,985.00** | 1,685.00 | | **39,600.00** | |
| | | | | | | |
| **Budgeted Expenses** | | | | | | |
| Admin Supplies | 400.00 | 287.63 | (112.37) | | 280.00 | |
| Clubhouse/Pool Repairs & Supplies | 2,000.00 | 4,474.94 | 2,474.94 | | 2,000.00 | |
| Electric | 6,300.00 | 5,373.38 | (926.62) | | 5,500.00 | |
| HVAC | 400.00 | | (400.00) | | 400.00 | |
| Insurance | 2,000.00 | 1,991.00 | (9.00) | | 2,220.00 | |
| Lake maintenance | 350.00 | | (350.00) | | 0.00 | |
| Landscape Maintenance | 7,000.00 | 6,150.00 | (850.00) | | 7,350.00 | |
| Legal Services | 2,500.00 | 1,714.62 | (785.38) | | 2,000.00 | |
| Pool Maintenance | 4,500.00 | 3,987.00 | (513.00) | | 5,000.00 | |
| General Property Improve/Maint | 1,000.00 | 98.39 | (901.61) | | 1,500.00 | |
| Social Committee | 600.00 | 340.23 | (259.77) | | 600.00 | |
| Taxes/Tax Prep | 600.00 | 313.31 | (286.69) | | 500.00 | |
| Tennis Court Escrow | 750.00 | 750.00 | - | | 750.00 | |
| Trash Service | 8,800.00 | 8,498.00 | (302.00) | | 8,800.00 | |
| Water | 300.00 | 420.42 | 120.42 | | 300.00 | |
| Add to Capital Improvements | 2,800.00 | 2,800.00 | - | | 2,400.00 | |
| | | | | | | |
| **Total Expenses** | **40,300.00** | **37,198.92** | **3,101.08** | | **39,600.00** | |
| | | | | | | |
| **Net Income/Loss** | 0.00 | 4,786.08 | (4,786.08) | | 0.00 | |
| | | | | | | |

Prepared by GBEAU 1/27/2017

1/27/2017

Sawnee View Farms HOA
2015 Actual's and
2016 Planning Budget

| | Budget 2015 | Actual 2015 | +/- for 2015 | Proposed 2016 | Board Adjustment |
|---|---|---|---|---|---|
| Income | | | | | |
| Homeowner Dues | 41,540.00 | 40,095.00 | (1,445.00) | 41,540.00 | 67 * 620 |
| Planned Bad Debt | | | - | (1,240.00) | |
| Pool/Clubhouse | | | - | | |
| Special Assessment | | 250.00 | 250.00 | | |
| Fees | | | - | | |
| Total Income | **41,540.00** | **40,345.00** | (1,195.00) | **40,300.00** | |
| | | | | | |
| **Budgeted Expenses** | | | | | |
| Admin Supplies | 740.00 | 1,050.46 | 310.46 | 400.00 | |
| Clubhouse/Pool Repairs & Supplies | 2,000.00 | 2,854.98 | 854.98 | 2,000.00 | |
| Electric | 6,300.00 | 5,632.03 | (667.97) | 6,300.00 | |
| HVAC | 350.00 | | (350.00) | 400.00 | |
| Insurance | 1,800.00 | 1,780.00 | (20.00) | 2,000.00 | |
| Lake maintenance | 350.00 | 0.00 | (350.00) | 350.00 | |
| Landscape Maintenance | 6,500.00 | 7,100.00 | 600.00 | 7,000.00 | |
| Legal Services | 4,000.00 | 5,595.89 | 1,595.89 | 2,500.00 | |
| Pool Maintenance | 4,000.00 | 3,369.00 | (631.00) | 4,500.00 | |
| General Property Improve/Maint | 2,000.00 | 192.82 | (1,807.18) | 1,000.00 | |
| Social Committee | 350.00 | 727.89 | 377.89 | 600.00 | |
| Taxes/Tax Prep | 100.00 | 95.87 | (4.13) | 600.00 | |
| Tennis Court Escrow | 750.00 | 750.00 | - | 750.00 | |
| Trash Service | 8,800.00 | 8,496.00 | (304.00) | 8,800.00 | |
| Water | 500.00 | 293.02 | (206.98) | 300.00 | |
| Add to Capital Improvements | 3,000.00 | 2,407.04 | (592.96) | 2,800.00 | |
| | | | | | |
| Total Expenses | **41,540.00** | **40,345.00** | **1,195.00** | **40,300.00** | |
| | | | | | |
| Net Income/Loss | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | |

1/27/2017

Sawnee View Farms HOA
2014 Actual's and
2015 Planning Budget

| | Budget 2014 | Actual 2014 | +/- for 2014 | Proposed 2015 | Board Adjustment |
|---|---|---|---|---|---|
| **Income** | | | | | |
| Homeowner Dues | 41,540.00 | 41,135.00 | (405.00) | 41,540.00 | 67 * 620 |
| Planned Bad Debt | | | - | | |
| Pool/Clubhouse | | | - | | |
| Special Assessment | | 100.00 | 100.00 | | |
| Fees | | | - | | |
| **Total Income** | **41,540.00** | **41,235.00** | (305.00) | **41,540.00** | |
| | | | | | |
| **Budgeted Expenses** | | | | | |
| Admin Supplies | 750.00 | 539.85 | (210.15) | 740.00 | |
| Clubhouse/Pool Repairs & Supplies | 1,500.00 | 1,840.30 | 340.30 | 2,000.00 | |
| Electric | 6,300.00 | 6,023.17 | (276.83) | 6,300.00 | |
| HVAC | 350.00 | | (350.00) | 350.00 | |
| Insurance | 1,773.00 | 1,773.00 | - | 1,800.00 | |
| Lake maintenance | 350.00 | 0.00 | (350.00) | 350.00 | |
| Landscape Maintenance | 6,500.00 | 6,600.00 | 100.00 | 6,500.00 | |
| Legal Services | 1,500.00 | 4,128.96 | 2,628.96 | 4,000.00 | |
| Pool Maintenance | 4,000.00 | 4,425.00 | 425.00 | 4,000.00 | |
| General Property Improve/Maint | 3,000.00 | 1,178.86 | (1,821.14) | 2,000.00 | |
| Social Committee | 300.00 | 295.04 | (4.96) | 350.00 | |
| Taxes | 150.00 | 57.81 | (92.19) | 100.00 | |
| Tennis Court Escrow | 750.00 | 750.00 | - | 750.00 | |
| Trash Service | 8,928.00 | 8,424.00 | (504.00) | 8,800.00 | |
| Water | 600.00 | 373.85 | (226.15) | 500.00 | |
| Add to Capital Improvements | 4,789.00 | 4,789.00 | - | 3,000.00 | |
| | | | | | |
| **Total Expenses** | **41,540.00** | **41,198.84** | **341.16** | **41,540.00** | |
| | | | | | |
| **Net Income/Loss** | 0.00 | 36.16 | (36.16) | 0.00 | |

As of: 01/1/2014

Sawnee View Farms HOA
2013 Actual Yearend and
2014 Planning Budget

| | Budget 2013 | Actuals 2013 | +/- for 2013 | Proposed 2014 | Board Adjustment |
|---|---|---|---|---|---|
| **Income** | | | | | |
| Homeowner Dues | 41,540.00 | 41,165.00 | (375.00) | 41,540.00 | 67 * 620 |
| Planned Bad Debt | | | - | | |
| Pool/Clubhouse | 0.00 | | - | | |
| Special Assessment | | 452.00 | 452.00 | | |
| Fees | 0.00 | | - | | |
| **Total Income** | **41,540.00** | **41,617.00** | 77.00 | **41,540.00** | |
| | | | | | |
| **Budgeted Expenses** | | | | | |
| Admin Supplies | 750.00 | 476.76 | (273.24) | 750.00 | |
| Clubhouse/Pool Repairs & Supplies | 1,500.00 | 924.31 | (575.69) | 1,500.00 | |
| Electric | 6,300.00 | 5,825.00 | (475.00) | 6,300.00 | |
| HVAC | 350.00 | | (350.00) | 350.00 | |
| Insurance | 1,434.00 | 1,589.00 | 155.00 | 1,773.00 | |
| Lake maintenance | 350.00 | 244.50 | (105.50) | 350.00 | |
| Landscape Maintenance | 6,000.00 | 5,800.00 | (200.00) | 6,500.00 | |
| Legal Services | 1,500.00 | 1,097.00 | (403.00) | 1,500.00 | |
| Pool Maintenance | 4,000.00 | 3,137.00 | (863.00) | 4,000.00 | |
| General Property Improve/Maint | 2,000.00 | 1,872.50 | (127.50) | 3,000.00 | |
| Social Committee | 250.00 | 246.65 | (3.35) | 300.00 | |
| Taxes | 150.00 | 43.63 | (106.37) | 150.00 | |
| Tennis Court Escrow | | | | 750.00 | |
| Trash Service | 10,420.00 | 8,928.00 | (1,492.00) | 8,928.00 | |
| Water | 1,100.00 | 373.29 | (726.71) | 600.00 | |
| Add to Capital Improvements | 5,436.00 | | (5,436.00) | 4,789.00 | |
| | | | | | |
| **Total Expenses** | **41,540.00** | **30,557.64** | **10,982.36** | **41,540.00** | |
| | | | | | |
| Net Income/Loss | 0.00 | 11,059.36 | (11,059.36) | 0.00 | |

Sawnee View Farms HOA
2012 Actual and
2013 Planning Budget

| Data as of 02/20/2013 | Budget 2012 | Actual 2012 | +/- for 2012 | | Proposed 2013 | Board Adjustment |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Homeowner Dues | 43,550.00 | 43,035.00 | (515.00) | | 41,540.00 | 67 * 620 |
| Planned Bad Debt | (3,625.00) | | 3,625.00 | | | |
| Pool/Clubhouse | 0.00 | | - | | | |
| Special Assessment | | 400.00 | 400.00 | | | |
| Fees | 0.00 | 175.00 | 175.00 | | | |
| **Total Income** | **39,925.00** | **43,610.00** | 3,685.00 | | **41,540.00** | |
| | | | | | | |
| **Budgeted Expenses** | | | | | | |
| Admin Supplies | 1,800.00 | 418.18 | (1,381.82) | | 750.00 | |
| Add to Capitol Improvements | 5,000.00 | | (5,000.00) | | 5,436.00 | |
| Electric | 6,100.00 | 5,889.48 | (210.52) | | 6,300.00 | |
| HVAC | 200.00 | 0.00 | (200.00) | | 350.00 | |
| Insurance | 1,550.00 | 1,434.00 | (116.00) | | 1,434.00 | |
| Lake maintenance | 200.00 | 0.00 | (200.00) | | 350.00 | |
| Landscape Maintenance | 5,049.00 | 5,800.00 | 751.00 | | 6,000.00 | |
| Legal Services | 3,000.00 | 3,301.50 | 301.50 | | 1,500.00 | |
| Pool Maintenance | 3,500.00 | 3,323.00 | (177.00) | | 4,000.00 | |
| Pool / Clubhouse Repairs & Supplies | 2,000.00 | 753.83 | (1,246.17) | | 1,500.00 | |
| Property Tax | 200.00 | 31.90 | (168.10) | | 150.00 | |
| Property Improve/Maint | 2,000.00 | 183.95 | (1,816.05) | | 2,000.00 | |
| Social Committee | 173.00 | 76.76 | (96.24) | | 250.00 | |
| Trash Service | 8,928.00 | 8,932.00 | 4.00 | | 10,420.00 | |
| Water | 600.00 | 1,076.44 | 476.44 | | 1,100.00 | |
| | | | - | | | |
| | | | | | | |
| Total Expenses | **40,300.00** | **31,221.04** | **9,078.96** | | **41,540.00** | |
| | | | | | | |
| **Net Income/Loss** | 375.00 | 12,388.96 | (12,013.96) | | 0.00 | |
| | | | | | | |
| | | | | | | |

1/27/2017

Sawnee View Farms HOA
2009 Actual and
2010 Planning Budget

| Data as of 10/31/2010 | Budget 2011 | Actual 2011 | +/- for 2011 | Proposed 2012 | Board Adjustment |
|---|---|---|---|---|---|
| **Income** | | | | | |
| Homeowner Dues | 43,550.00 | 43,550.00 | - | 43,550.00 | |
| Planned Bad Debt | (3,625.00) | (3,625.00) | - | (3,250.00) | |
| Pool/Clubhouse | 0.00 | | - | | |
| Special Assessment | 5,025.00 | 5,025.00 | - | | |
| Fees | 0.00 | 2,275.00 | 2,275.00 | | |
| **Total Income** | **44,950.00** | **47,225.00** | 2,275.00 | **40,300.00** | |
| | | | | | |
| **Budgeted Expenses** | | | | | |
| Admin Supplies | 850.00 | 1,650.00 | 800.00 | 1,800.00 | |
| Add to Capitol Improvements | | | - | 5,000.00 | |
| Electric | 6,600.00 | 4,311.00 | (2,289.00) | 6,100.00 | |
| HVAC | 200.00 | 0.00 | (200.00) | 200.00 | |
| Insurance | 2,100.00 | 1,296.00 | (804.00) | 1,550.00 | |
| Lake maintenance | 200.00 | 0.00 | (200.00) | 200.00 | |
| Landscape Maintenance | 5,049.00 | 4,200.00 | (849.00) | 5,049.00 | |
| Legal Services | 1,000.00 | 500.00 | (500.00) | 3,000.00 | |
| Pool Maintenance | 3,272.00 | 2,774.00 | (498.00) | 3,500.00 | |
| Pool / Clubhouse Repairs & Supplies | 9,200.00 | 6,200.00 | (3,000.00) | 2,000.00 | |
| Property Tax | 200.00 | 32.00 | (168.00) | 200.00 | |
| Property Improve/Maint | | 5,942.00 | 5,942.00 | 2,000.00 | |
| Social Committee | | | - | 173.00 | |
| Trash Service | 8,928.00 | 6,697.00 | (2,231.00) | 8,928.00 | |
| Water | 600.00 | 389.00 | (211.00) | 600.00 | |
| Management Fees | 4,200.00 | 3,500.00 | (700.00) | | |
| | | | | | |
| Total Expenses | **42,399.00** | **37,491.00** | **4,908.00** | **40,300.00** | |
| | | | | | |
| **Net Income/Loss** | (2,551.00) | 9,734.00 | (12,285.00) | 0.00 | |
| | | | | | |
| | | | | | |

# SVF HOA 2010 BUDGET

| INCOME | | Budget 2010 | Actual as of 3/4 | Notes | | Actual 2009 Expenses |
|---|---|---|---|---|---|---|
| | 1st half dues 1/31/10 | 15555.00 | 13500.00 | 12 lots outstanding-lien in process on Conrad lots for 2009 dues and special assessment, 1 $55 special assessment from 2009 still stands uncollected. | | |
| | 2nd half dues 7/31/10 | 15500.00 | 2000.00 | 6 households have already paid | | |
| | 2010 Assessments 3/1/10 | 9300.00 | 0.00 | $225 Gross Assessment/$150 Net $75 due 5/1/10 and $75 due 9/1/10 | | |
| | Total Income | 40355.00 | 15500.00 | | | 30650.00 |

| EXPENSES | | | Paid to date | | Budget Remaining | |
|---|---|---|---|---|---|---|
| *Maintenance* | Landscape Maintenance | 4590.00 | 90.00 | New contract starts on 3/1/10 for $4500 annual, $90 is for final payment of King Green service January | 4500.00 | 6259.50 |
| | Pool Maintenance-regularly scheduled | 3272.00 | | 2932 for pool maintenance contract and ***340 for opening cleaning and bi weekly disinfecting cleaning during peak months (***pending bid) | 3272.00 | 3303.00 |
| | Lake Maintenance | 200.00 | | | 200.00 | 625.00 |
| | HVAC | 200.00 | | | 200.00 | 117.00 |
| | *SUBTOTAL* | *8262.00* | *90.00* | | *8172.00* | *10304.50* |
| *Utilities* | Electric | 5741.00 | 1064.70 | We have a $30 credit for overpayment of Feb bill | 4676.30 | 5327.31 |
| | Trash | 10044.00 | | Current contract through 7/6/11 | 10044.00 | 9207.00 |
| | Water | 600.00 | 43.40 | Will have to refill pool after repairs | 556.60 | 377.62 |
| | *SUBTOTAL* | *16385.00* | *1108.10* | | *15276.90* | *14911.93* |
| *Taxes/insurance* | Insurance | 1315.35 | 1315.35 | | 0.00 | 1129.00 |
| | Property Tax | 200.00 | | | 200.00 | 183.81 |
| | *SUBTOTAL* | *1515.35* | *1315.35* | | *200.00* | *1312.81* |
| *Administrative* | Administrative Supplies | 400.00 | 30.00 | | 370.00 | 546.31 |
| | Legal Services | 300.00 | | | 300.00 | 130.07 |
| | *SUBTOTAL* | *700.00* | *30.00* | | *670.00* | *676.38* |
| *Discretionary Spending* | Pool Repairs/Upgrades | 6700.00 | | Pool tile replacement, Mastic replacement, coping replacement project to be completed prior to opening in May. Considering bids from 6 vendors. | 6700.00 | 1476.86 |
| | Clubhouse Repairs/Upgrades | 4800.00 | | Need a refrigerator, roof needs to be repaired or replaced due to leaks/hail damage. As of 2/25 have contacted insurance company and bids of $4500-$4800. Consider how to render the clubhouse finish as acceptable. i.e. counter tops, toilet seat in mens room, interior finish | 4800.00 | 0.00 |
| | Social Committee | 0.00 | | | 0.00 | 586.00 |
| | Unbudgeted Expenses | 1992.65 | | We are non profit and therefore must designate all income. This was listed as "Add to Capital Improvements" on the 2009 budget. | 1992.65 | 0.00 |
| | *SUBTOTAL* | *13492.65* | 0.00 | | *13492.65* | *2062.86* |
| [...]l Expenses for (NOT INCLUDING [...]BUDGETED [...]XPENSES) | Total Expenses | 40355.00 | | This # includes the "Unbudgeted Expenses". | | 29268.48 |
| [...]362.35 | Total Projected Income | 40355.00 | | This # includes the 2010 dues, 2010 special assessment of $150 and 2009 $55 outstanding Special Assessment (1 lot). Assumed on collection from 62/67 lots. | | |
| | NET | 0.00 | | <<<<As a "Not for Profit", this is our goal. Any unspent money is budgeted into the "Unbudgeted Expenses" line. | | |

| [...]gency Fund | |
|---|---|
| Ending 2009 Balance | 9470.30 |
| 2010 Projected Surplus/Deficit | 1992.65 |
| *Ending 2010 Projected Balance | 11462.95 |

2010 Operating Expenses Only (not including Discretionary Spending total of 13922.65)
26862.35

2010 Regular Dues Collection (62/67 lots fully collected projection)
31055.00

Data as of 3/4/10