Fulton County Magistrate Court
***E-FILED***SB
Date: 5/23/2017 4:29:07 PM
Cathelene Robinson, Clerk
17MRG021445

## IN THE MAGISTRATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

**SAWNEE VIEW FARMS HOMEOWNERS ASSOCIATION, INC.,** Plaintiff,

v.

**GLENN HEAGERTY,** Defendant.

**BANK OF THE OZARKS C/O NATIONAL REGISTERED AGENTS INC.,** Garnishee.

Case No. 17MRG021445

### ORDER ON CLAIM/TRAVERSE

The above-styled garnishment case came regularly before this Court for a hearing:

**Plaintiff:**   APPEARED   DID NOT APPEAR   ~~REPRESENTED BY~~ _Mr. Wagner_
**Defendant:** ~~APPEARED~~   DID NOT APPEAR   ~~REPRESENTED BY~~ _Ms. Jones_
**Garnishee:**   APPEARED   ᐧDID NOT APPEAR   REPRESENTED BY _____

☒ **DEFENDANT'S** ☒ **THIRD PARTY'S CLAIM** ~~is:~~ _3d Party Consumer Solutions_
                                      are:  _Rep'd by Mr. Nelson_
   ☐ DENIED.
   ☒ GRANTED.   The Clerk of Court SHALL RELEASE the Garnishment and pay any funds in
                the Court's registry to _Garnishee in 10 days unless appeal is_
                                                                          _filed._
   ☐ GRANTED IN PART.   The Court finds that the Defendant is entitled to a credit of
                $_____, and the Garnishment otherwise stays in effect.

   ☐ STAYED or ☐ RELEASED pending the outcome of Defendant's Motion to
                _____ in the underlying case.  By staying this
                action, the Court orders that Garnishee continue to withhold and pay into the
                Court's registry as required by law.  A stay does not stop the running of time on
                a garnishment.

**PLAINTIFF'S TRAVERSE** is:
   ☐ DENIED.
   ☐ GRANTED.   Garnishee's Answer(s) is/are stricken.  Proper Answers shall be filed beginning
                on or before _____.

**OTHER:** _____

_The_          IT IS SO ORDERED, this _23rd_ day of _May_ _____ 2017.
_Court Finds:_

- _Summons did not raise issue of "association_                    _/s/ C. Andle_
   _account."_
- _Bank of Ozark account_                    **FULTON COUNTY MAGISTRATE COURT**
   _is corporate account belonging_
   _to 3d Party claimant, Consumer Solutions, Inc., and not Δ._          EXHIBIT
- _Judgment is against Δ, not 3d Party claimant._                          15
- _Amount in affidavit is correct.  Post judgment payment was for 1Q17 balance._
- _Though Δ is authorized signer & officer/consultant for 3d Party claimant, there_
   _has been no showing that 3d Party claimant's account is being used_
   _for "improper or unlawful purpose."  No showing that cash practices were unlawful._