Glenn Heagerty
2890 Willow Wisp Way
Cumming, GA 30040

July 24, 2017

Certified Mail Receipt #s:

Sawnee View Farms HOA
P.O. Box 1546
Cumming, GA 30028

Re: 2017 HOA Annual Assessment Installment #2 Payment

Please find attached a money order for the payment of installment #2 for the 2017 HOA Annual Assessment. The amount being paid is $243.53.

Also attached is the invoice you sent me with the erroneous amount highlighted in red and the correct amount written to the side. The amount you invoiced me for does not match the amount I owe. I have sent you previously the computation authorized in the covenants and the actual and budgeted expense for garbage service in 2016 and 2017, respectively. Please let me know if you need me to forward those to you again.

I request a certificate of past due assessments from the HOA and signed by an officer of the HOA as provided for by the covenants(the covenants require the certificate to be issued within five days of receipt of the request).

Please let me know if you have any questions or need more information from me.

Sincerely,

*[signature]*

Glenn Heagerty


EXHIBIT 16

# SAWNEE VIEW FARMS HOA
P.O. BOX 1546        Cumming, GA 30028

June 30, 2017

To: Sawnee View Farms Homeowners

From: HOA Board of Directors

Re: 2017 Home Owners Annual Assessment

**This memo serves as the Invoice for the second half 2017 HOA Annual Assessment.**

Installment #2 Due:    July 31st, 2017
Amount:                ~~~~~~ 243.53

**DUES WILL BE CONSIDERED LATE AS OF August 31st** AND MAY INCUR LATE FEES if not paid. Please make your check payable to Sawnee View Farms HOA (please include your lot number on the check). You may mail your payment to the above address.

Thank you, in advance, for your timely attention in this matter. Should you have any questions in this matter please feel free to contact any Board member.

<u>Please mail or give directly to a Board member. DO NOT place in any mail box due to safety and Federal Laws pertaining to mail delivery.</u>

Thank you,
Your 2017 HOA Board


Chris Patten – President          678-947-4603       chris@patten-family.net
open         – Vice President                        svfhoacumming@gmail.com
Chad Giller  – Vice President     678-923-7839
Geary Beaulieu – Treasurer        678-947-6753       chadgiller@gmail.ccom
Margaret Estes – Secretary        404-276-1388       gearybeauliev@yahoo.com
                                                    margaretestes@hotmail.com

**WESTERN UNION** — *moving money for better*

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado

**MONEY ORDER**

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

KROGER #432

17-62 3261692

A 374400 D 072117
1317 02
176232618928 L 000432    $ 243.53

PAY EXACTLY   TWO HUNDRED FORTY-THREE DOLLARS AND FIFTY-THREE CENTS

PAY TO THE ORDER OF   Saunee View Farms HOA

2890 Willow ...

⑆102100400⑆ 40176232616928⑈