# LUEDER, LARKIN, & HUNTER, LLC

ATTORNEYS AT LAW

July 28, 2017

Glenn M. Heagerty
2890 Willow Wisp Way
Cumming, Georgia 30040

Re:  Sawnee View Farms Homeowners Association, Inc. v. Glenn M. Heagerty

Dear Glenn M. Heagerty,

This firm represents Sawnee View Farms Homeowners Association, Inc. Detailed below, are the amounts due and owing to Sawnee View Farms Homeowners Association, Inc. for judgment and post-judgment amounts due concerning the property at 2890 Willow Wisp Way, Cumming, Georgia 30040. A judgment was entered on June 10, 2016 in the Court of Forsyth County and included regular assessments through December 31, 2016. Post-judgment interest has also accrued and is due as part of the judgment. Payments toward the judgment have been applied as follows:

| Itemization | Amount Due | Payment | Judgment Balance |
| --- | --- | --- | --- |
| Post Judgment Int. through 07/28/17 | $1,065.78 | -$0.00 | $1,065.78 |
| Principal (through 12/31/16) | $1,340.00 | -$0.00 | $1,340.00 |
| Attorney Fees | $3,614.00 | -$0.00 | $3,614.00 |
| Costs | $278.85 | -$0.00 | $278.85 |
| Pre-Judgment Interest | $223.69 | -$0.00 | $223.69 |
| Judgment Balance | $6,522.32 | $0.00 | $6,522.32 |

The amount of $6,522.32 is due in order to satisfy the Judgment.

Assessments and charges incurred after the Judgment are considered post-judgment amounts and due and owing to the Association. Current post-judgment amounts due are as follows:

| Itemization | Amount Due |
| --- | --- |
| Principal Assessments from 01/01/17 through 07/28/17 | $625.00 |
| Late Fees | $50.00 |
| Post Judgment Attorney Fees | $3,422.50 |
| Unpaid Garnishment Costs | $124.00 |
| Lien Cancellation Costs | $7.00 |
| FIFA Costs | $14.00 |

5900 WINDWARD PARKWAY, SUITE 390, ALPHARETTA, GEORGIA 30005
COLLECTIONS DEPARTMENT
TELEPHONE 770-685-7037 • FACSIMILE (770) 685-7003



EXHIBIT 17

| Post Judgment Costs (excluding garnishment costs) | $499.14 |
| Total | $4,741.64 |

The total amount owed is $11,263.96 through today which includes the amount remaining for all judgment and post judgment amounts, less all payments received. Please send a check in the amount of $11,263.96 to our attention at the address below and made payable to Sawnee View Farms Homeowners Association, Inc. on or before August 7, 2017. Payment of $11,263.96 will satisfy the judgment and amounts becoming due after the judgment.

**Please note that this the 2nd Payoff Letter that has been sent to you this year. Unless you are actually interested in making payments or paying off your debt, please do not request another payoff letter.**

This communication is an attempt to collect a debt. Any information obtained will be used for that purpose.

Sincerely,

Brandon D. Wagner, Esq.
Attorney

Reviewed and confirmed by:

Geary E Beaulieu, Treasurer
Sawnee View Farms HOA, Inc.

BDW/th
File no.: 1103 1100 4