IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SAWNEE VIEW FARMS<br>HOMEOWNERS ASSOCIATION INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GLENN HEAGERTY,<br><br>　　　　　Defendant.<br><br>**GARNISHEE:**<br><br>Bank of the Ozarks<br><br>**THIRD PARTY CLAIMANT:**<br><br>CONSUMER SOLUTIONS INC | )<br>)<br>)<br>) Case No.: 2017CV292191<br>)<br>) ENTRY OF APPEARANCE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

COMES NOW, John William Nelson, and enters his appearance and the law firm of The Nelson Law Chambers LLC as attorneys of record for Defendant GLENN HEAGERTY in the above-styled matter. Defendant requests that this Court and opposing counsel copy any and all notices, pleadings, or other court filings to John William Nelson.

This the 11th day of August, 2017.

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　JOHN WILLIAM NELSON
　　　　　　　　　　　　　　　　　　State Bar No. 920108
　　　　　　　　　　　　　　　　　　*Attorney for Defendant*



EXHIBIT 18

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
404.348.4462
404.549.6765 Fax
Email: john@nelsonchambers.com
*Attorney for Defendant*

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SAWNEE VIEW FARMS<br>HOMEOWNERS ASSOCIATION INC.,<br><br>Plaintiff,<br><br>v.<br><br>GLENN HEAGERTY,<br><br>Defendant.<br><br>**GARNISHEE:**<br><br>Bank of the Ozarks<br><br>**THIRD PARTY CLAIMANT:**<br><br>CONSUMER SOLUTIONS INC | Case No.: 2017CV292191<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I, John William Nelson, do hereby certify that I have this day served Plaintiff with a copy of the foregoing ENTRY OF APPEARANCE by mailing a copy of the same to its attorney of record at the addresses shown below in a properly addressed envelope with adequate postage thereon:

Brandon D. Wagner, Esq.
Lueder Larkin & Hunter, LLC
5900 Windward Parkway, Suite 390
Alpharetta, GA 30005

This 11th day of August, 2017.

JOHN WILLIAM NELSON
The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, GA 30097

1

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SAWNEE VIEW FARMS HOMEOWNERS ASSOCIATION INC, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 2017CV292191<br>) |
| v. | ) SUBSTITUTION OF COUNSEL<br>) |
| GLENN HEAGERTY, | )<br>) |
| Defendant. | )<br>) |
| **GARNISHEE:** | )<br>) |
| Bank of the Ozarks | )<br>) |
| **THIRD PARTY CLAIMANT:** | )<br>) |
| CONSUMER SOLUTIONS INC | )<br>) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to U.S.C.R. 4.3(3), Please substitute JOHN WILLIAM NELSON as counsel for Defendant GLENN HEAGERTY in the above-styled matter. Substitute counsel's address, phone number and bar number are as follows:

JOHN WILLIAM NELSON
The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, GA 30097
(404) 348-4462 Phone
(404) 549-6765 Fax

**All further pleadings, orders and notices should be sent to substitute counsel.**

**[SIGNATURES AND DATES ON FOLLOWING PAGE.]**

1

This the  _11_  day of _August_ , 2017.

_____  _____
JOHN WILLIAM NELSON          GLENN HEAGERTY
State Bar No. 920108         Defendant

The Nelson Law Chambers, LLC
2180 Satellite Boulevard, Suite 400
Duluth, GA 30097

2

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SAWNEE VIEW FARMS HOMEOWNERS ASSOCIATION INC, <br><br> Plaintiff, <br><br> v. <br><br> GLENN HEAGERTY, <br><br> Defendant. <br><br> **GARNISHEE:** <br><br> Bank of the Ozarks <br><br> **THIRD PARTY CLAIMANT:** <br><br> CONSUMER SOLUTIONS INC | Case No.: 2017CV292191 <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the following individuals or entities with a copy of the NOTICE OF SUBSITUTION OF COUNSEL pursuant to U.S.C.R. 4.3(3) by mailing a copy of the same to its attorney of record at the address shown below in a properly addressed envelope with adequate postage thereon:

**Plaintiff:**
BRANDON D. WAGNER
Leuder Larking & Hunter LLC
5900 Windward Parkway, Suite 300
Alpharetta, GA 30005

**Garnishee (Bank of the Ozarks):**
John J. Richard
Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339

1

**Defendant:**
Megan K. Jones
John B. Miller & Associates, P.C.
P.O. Box 73376
Newnan, GA 30271

**Judge's Chambers:**
Judge Alford J. Dempsey, Jr.
Superior Court of Fulton County
T5855 Justice Center Tower
185 Central Avenue, SW
Atlanta, GA 30303

This 24th day of August, 2017.

JOHN WILLIAM NELSON
The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097

2