IN THE STATE COURT OF FORSYTH COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SAWNEE VIEW FARMS HOMEOWNERS ASSOCIATION INC, | ) )  )  |
| Plaintiff, | ) Case No.: 16SC-0149-A ) |
| v. | ) ENTRY OF APPEARANCE ) ) |
| GLENN M HEAGERTY, | ) ) |
| Defendant. | ) ) ) |

### ENTRY OF APPEARANCE

COMES NOW John William Nelson and enters his appearance as attorney for Defendant GLENN M. HEAGERTY in the above-styled matter.

Respectfully submitted this 28th day of June, 2018.

JOHN WILLIAM NELSON
State Bar No. 920108
*Attorney for Defendant*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, GA 30097
(404) 348-4462
(404) 549-6765 Fax
*Attorney for Defendant*

EXHIBIT 20

IN THE STATE COURT OF FORSYTH COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SAWNEE VIEW FARMS<br>HOMEOWNERS ASSOCIATION INC,<br><br>    Plaintiff,<br><br>v.<br><br>GLENN M HEAGERTY,<br><br>    Defendant. | )<br>)<br>)<br>) Case No.: 16SC-0149-A<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served Plaintiff and Garnishee with a copy of the foregoing ENTRY OF APPEARANCE by mailing a copy of the same to its attorney of record at the addresses shown below in a properly addressed envelope with adequate postage thereon:

    Brandon D. Wagner, Esq.
    LUEDER LARKIN & HUNTER LLC
    5900 Windward Parkway, Suite 390
    Alpharetta, Georgia 30005

This 28th day of June, 2018.

                                              JOHN WILLIAM NELSON
                                              The Nelson Law Chambers LLC
                                              2180 Satellite Blvd, Suite 400
                                              Duluth, GA 30097

1