IN THE STATE COURT OF FORSYTH COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SAWNEE VIEW FARMS HOMEOWNERS ASSOCIATION INC, <br><br> Plaintiff, <br><br> v. <br><br> GLENN M. HEAGERTY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Case No.: 16SC-0149-A <br> ) <br> ) DEFENDANT'S MOTION FOR COSTS <br> ) AND ATTORNEY'S FEES <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT'S MOTION FOR COSTS AND ATTORNEY'S FEES

COMES NOW Glenn M. Heagerty, Defendant in the above-styled matter, and pursuant to O.C.G.A. § 9-11-37(a)(4)(B) and this Court's order dated 29 June 2018, moves this Court for an award of reasonable attorney's fees and costs of litigation.

In support of this motion, Defendant shows the Court as follows:

1. Defendant was the prevailing party in the Motion to Compel brought by Plaintiff and its legal counsel;

2. Defendant shows that his attorney's fees, expenses, and costs for which he seeks reimbursement from Plaintiff total $2,205.48, as is shown by the itemized statement of time attached as **Exhibit 1** to the Affidavit of John William Nelson and itemized statement of expenses attached as **Exhibit 2** to the Affidavit of John William Nelson.

3. Defendant attaches to this Motion as **Exhibit A** the affidavit of John William Nelson, his attorney, in support of the necessity and reasonableness of the amounts claimed.

4. Pursuant to O.C.G.A. § 9-11-37(a)(4)(B), Defendant requests that this Court set the matter of reasonable fees down for a hearing unless Plaintiff and its legal counsel

1


EXHIBIT 23

waive any objections to Defendant's petition and the reasonableness of his expenses, including attorney's fees.

WHEREFORE Defendant moves the Court to set a hearing pursuant to O.C.G.A. § 9-11-37(a)(4)(B) to determine the reasonableness of Defendant's attorney's fees, costs, and expenses, or enter an award of attorney's fees, expenses, and costs of litigation in the amount of $TOTAL or such other sum as the Court may deem reasonable if Plaintiff and its attorneys make no objection as to Defendant's expenses, including attorney's fees.

Respectfully submitted this 17th day of July, 2018.

JOHN WILLIAM NELSON
State Bar No. 920108
*Attorney for Defendant*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, GA 30097
(404) 348-4462
(404) 549-6765 Fax
*Attorney for Defendant*

# EXHIBIT A

IN THE STATE COURT OF FORSYTH COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SAWNEE VIEW FARMS HOMEOWNERS ASSOCIATION INC, <br><br> Plaintiff, <br><br> v. <br><br> GLENN M. HEAGERTY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Case No.: 16SC-0149-A <br> ) <br> ) AFFIDAVIT IN SUPPORT OF <br> ) STATEMENT OF TIME AND <br> ) EXPENSES <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**AFFIDAVIT IN SUPPORT OF STATEMENT OF TIME AND EXPENSES**

Personally appeared before the undersigned attesting officer, duly authorized to administer oaths, the undersigned, having been duly sworn, on oath states as follows:

1. Attached as **Exhibit 1** to this Affidavit is a true, correct, and accurate accounting of the time incurred by the undersigned in connection with responding to Plaintiff's Motion to Compel in the above-styled matter.

2. Attached as **Exhibit 2** to this Affidavit is a true, correct, and accurate accounting of the expenses incurred by the undersigned in connection with responding to Plaintiff's Motion to Compel in the above-styled matter.

3. That the amount of time expended was necessary and justified, in view of the seriousness of the allegations and the extent of factual investigation required to prepare Defendant's response.

4. The hourly rate charged in this matter by me was a reduced rate from my normal hourly rate of $300.00 per hour.

1

5. The $250.00 hourly rate charged is reasonable in view of my experience in litigating matters before this Court, other courts of the State of Georgia, federal courts located within the State of Georgia, and is in line with the fees charged by other attorneys in this geographical and practice area within comparable experience.

6. That this Affidavit is given in support of the Motion for Attorney's Fees and Expenses of Litigation in the above-captioned action now pending before this court and that the undersigned is of legal age and fully competent to testify to all matters contained herein.

7. I swear and affirm the statements I have made above are based on my personal knowledge, professional experience, and are true and accurate to the best of my knowledge and belief, and have been made under oath.

8. FURTHER AFFIANT SAYETH NAUGHT.

*[signature]*

JOHN WILLIAM NELSON, AFFIANT

Sworn to and subscribed before me
this 17th day of July, 2018.

*[signature]* Michelle P. Phillips
Notary Public, State of Georgia

My commission expires: 3/21/2020

*[Notary Seal: MICHELLE P. PHILLIPS, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA]*

2

# EXHIBIT 1

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 07/16/2018 | 00651-Heagerty | Legal work: Drafting fee petition. | John William Nelson  1.30 | $250.00 | $325.00 |
| 06/28/2018 | 00651-Heagerty | Legal work: Reviewing response to motion and supporting documents; drafting Entry of Appearance; compiling documents for filing; preparing documents for service; filing and serving documents.  Billed on Invoice 667 | John William Nelson  0.90 | $250.00 | $225.00 |
| 06/27/2018 | 00651-Heagerty | Legal work: Drafting proposed order; researching matter.  Billed on Invoice 667 | John William Nelson  0.40 | $250.00 | $100.00 |
| 06/26/2018 | 00651-Heagerty | Legal work: Drafting reply to motion to compel; research; drafting affidavit; compiling exhibits.  Billed on Invoice 667 | John William Nelson  3.10 | $250.00 | $775.00 |
| 06/25/2018 | 00651-Heagerty | Legal work: Research; drafting response to motion to compel.  Billed on Invoice 667 | John William Nelson  2.60 | $250.00 | $650.00 |
| 06/23/2018 | 00651-Heagerty | Legal work: Reviewing court documents; making memos; setting up file; outlining next steps; initial creation of documents.  Billed on Invoice 667 | John William Nelson  0.50 | $250.00 | $125.00 |
|  |  |  | 8.80 |  | $2,200.00 |

# EXHIBIT 2

| Date | Description | User | Amount | Invoice |
|---|---|---|---|---|
| 06/28/2018 | PeachCourt filing fee – Response to Motion to Dismiss | John William Nelson 00651-Heagerty | $5.48 | Billed on Invoice 667 |
| | | | $5.48 | |

IN THE STATE COURT OF FORSYTH COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SAWNEE VIEW FARMS HOMEOWNERS ASSOCIATION INC, <br><br> Plaintiff, <br><br> v. <br><br> GLENN M. HEAGERTY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Case No.: 16SC-0149-A <br> ) <br> ) CERTIFICATE OF SERVICE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served Plaintiff and Garnishee with a copy of the foregoing DEFENDANT'S MOTION FOR COSTS AND ATTORNEY'S FEES, AFFIDAVIT OF JOHN WILLIAM NELSON by mailing a copy of the same to its attorney of record at the addresses shown below in a properly addressed envelope with adequate postage thereon:

Brandon D. Wagner, Esq.
LUEDER LARKIN & HUNTER LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005

This 17th day of July, 2018.

JOHN WILLIAM NELSON
The Nelson Law Chambers LLC
2180 Satellite Blvd. Suite 400
Duluth, GA 30097

1