# Brandon D. Wagner

| | |
|---|---|
| **From:** | John Nelson <john@nelsonchambers.com> |
| **Sent:** | Friday, August 17, 2018 6:00 PM |
| **To:** | John Lueder; Brandon D. Wagner |
| **Subject:** | Offer in Compromise: Heagerty v. Lueder Larkin & Hunter LLC, Case No. 1:18-cv-03412-ELR-RGV, NDGA |

Dear Mr. Lueder and Mr. Wagner,

My client has authorized me to make the following offer in compromise in this matter:

1. Defendant pays $15,000.00 for its FDCPA violations, inclusive of fees and costs;
2. Plaintiff dismisses his lawsuit with prejudice.

Confidentiality is not included in this offer and will require additional consideration.

Please let me know if you have any questions.

Sincerely,
John William Nelson
Attorney & Counselor at Law
john@nelsonchambers.com

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097

Ph. 404-348-4462
Dir. 404-793-7595
Fax. 404-549-6765



EXHIBIT 24