IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENN HEAGERTY, an individual, <br><br> Plaintiff, <br><br> v. <br><br> LUEDER LARKIN & HUNTER LLC, a Georgia Limited Liability Company, <br><br> Defendant. | Case No.: 1:18-cv-03412-ELR-RGV <br><br> **PLAINTIFF'S MOTION TO CONDUCT DISCOVERY PURSUANT TO RULE 56(d)** |

## PLAINTIFF'S MOTION TO CONDUCT DISCOVERY PURSUANT TO RULE 56(d)

COMES NOW Plaintiff Glenn Heagerty and moves this Court pursuant to Fed. R. Civ. P. 56(d) to conduct discovery. Plaintiff requests that this Court dismiss Defendant's motion for summary judgment pursuant to Fed. R. Civ. P. 56(d)(1) without prejudice and allow the parties to conduct discovery in this case. This motion is based upon the supporting arguments and affidavit attached to this motion.

WHEREFORE, Plaintiff respectfully prays that this Court grant Plaintiff's motion to conduct discovery pursuant to Rule 56(d) and dismiss Defendant's motion for summary judgment without prejudice pursuant to Fed. R. Civ. P. 56(d)(1).

[SIGNATURE AND DATE ON FOLLOWING PAGE.]

Respectfully submitted this <u>22 August 2018</u>.

<u>/s/ John William Nelson</u>
John William Nelson
State Bar No. 920108

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.   404.348.4462
Fax.  404.549.6765

## CERTIFICATE OF COMPLIANCE

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5.1(B). The foregoing PLAINTIFF'S MOTION TO CONDUCT DISCOVERY PURSUANT TO RULE 56(d) was prepared on a computer, using Times New Roman 14-point font.

**DATED:** <u>22 August 2018</u>.

<u>/s/ John William Nelson</u>
John William Nelson
State Bar No. 920108

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.   404.348.4462
Fax.  404.549.6765

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

GLENN HEAGERTY, an individual,

  Plaintiff,

v.

LUEDER LARKIN & HUNTER LLC, a Georgia Limited Liability Company,

  Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No.: 1:18-cv-03412-ELR-RGV**

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I hereby certify that the undersigned electronically filed PLAINTIFF'S MOTION TO CONDUCT DISCOVERY PURSUANT TO RULE 56(d), BRIEF IN SUPPORT, and AFFIDAVIT OF JOHN WILLIAM NELSON IN SUPPORT OF MOTION TO CONDUCT DISCOVER with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

 John W. Nelson
 john@nelsonchambers.com

[ADDITIONAL RECIPIENTS ON FOLLOWING PAGE.]

1

John T. Lueder (johnlueder@luederlaw.com)
LUEDER LARKIN & HUNTER LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
**FOR:** Defendant LUEDER LARKIN & HUNTER LLC

Brandon D. Wagner (bwagner@luederlaw.com)
LUEDER LARKIN & HUNTER LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
**FOR:** Defendant LUEDER LARKIN & HUNTER LLC

Respectfully submitted this **22 August 2018**.

### THE NELSON LAW CHAMBERS, LLC

<u>/s/ John William Nelson</u>
John William Nelson
State Bar No. 920108

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.    404.348.4462
Fax.   404.549.6765

2