IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENN HEAGERTY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LUEDER LARKIN & HUNTER LLC, a Georgia Limited Liability Company,<br><br>Defendant. | Case No.: 1:18-cv-03412-ELR-RGV<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff by and through his undersigned counsel and hereby informs the Court that a tentative settlement of the present matter has been reached as to all claims of Plaintiff as to the Defendant in this matter.

The parties are presently finalizing and executing the settlement and dismissal documents. Plaintiff requests forty-five (45) days for the parties to finalize the settlement documents and to file a stipulation of dismissal with the Court.

Respectfully submitted this 7 September 2018.

/s/ John William Nelson
John William Nelson
State Bar No. 920108

*Attorney for Plaintiff*

1

              The Nelson Law Chambers LLC
              2180 Satellite Blvd, Suite 400
              Duluth, Georgia 30097
              Ph. 404.348.4462
              Fax. 404.549.6765

## CERTIFICATE OF COMPLIANCE

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5.1(B).  The foregoing NOTICE OF SETTLEMENT was prepared on a computer, using Times New Roman 14-point font.

DATED:    <u>7 September 2018</u>.

<u>/s/ John William Nelson</u>
John William Nelson
State Bar No. 920108

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.    404.348.4462
Fax.   404.549.6765

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GLENN HEAGERTY, an individual, <br><br> Plaintiff, <br><br> v. <br><br> LUEDER LARKIN & HUNTER LLC, a Georgia Limited Liability Company, <br><br> Defendant. | Case No.: 1:18-cv-03412-ELR-RGV <br><br> **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that the undersigned electronically filed NOTICE OF SETTLEMENT with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

John W. Nelson
john@nelsonchambers.com

John T. Lueder (johnlueder@luederlaw.com)
LUEDER LARKIN & HUNTER LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
**FOR:** Defendant LUEDER LARKIN & HUNTER LLC

Brandon D. Wagner (bwagner@luederlaw.com)
LUEDER LARKIN & HUNTER LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
**FOR:** Defendant LUEDER LARKIN & HUNTER LLC
   [DATE AND SIGNATURE ON FOLLOWING PAGE.]

1

Respectfully submitted this **7 September 2018**.

**THE NELSON LAW CHAMBERS, LLC**

<u>/s/ John William Nelson</u>
John William Nelson
State Bar No. 920108

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.    404.348.4462
Fax.   404.549.6765