IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENN HEAGERTY, an individual, | * |
| Plaintiff, | * |
| v. | *   1:18-CV-03412-ELR |
| LUEDER LARKING & HUNGER, LLC, | * |
| Defendant. | * |

**ORDER**

On September 7, 2018, Plaintiff filed a Notice of Settlement [Doc. 13]. For good cause shown, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a stipulation of dismissal upon finalization of the settlement documents. If settlement fails, the parties should promptly move to reopen the case.[1]

**SO ORDERED**, this 17th day of September, 2018.

Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.