# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GLENN HEAGERTY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LUEDER LARKIN & HUNTER LLC, a Georgia Limited Liability Company,<br><br>Defendant. | Case No.: 1:18-cv-03412-ELR-RGV<br><br>**NOTICE OF JOINT STIPULATION OF ALL PARTIES TO THE VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

## NOTICE OF JOINT STIPULATION OF ALL PARTIES TO THE VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their counsels of record, hereby give notice of a joint stipulation to the voluntary dismissal of all claims in the above-captioned action <u>with prejudice</u> with the parties bearing their own costs.

**Respectfully Submitted this <u>9 October 2018</u>.**

| | |
|---|---|
| By: /s/ John William Nelson<br>John William Nelson<br>State Bar No. 920108<br>The Nelson Law Chambers LLC<br>2180 Satellite Blvd, Suite 400<br>Duluth, Georgia 30097<br>Ph.   404.348.4462<br>Fax.  404.549.6765<br>john@nelsonchambers.com<br>*Counsel for Plaintiff* | By: /s/ Brandon D. Wagner<br>Brandon D. Wagner<br>GA Bar 768064<br>bwagner@luederlaw.com<br>Lueder Larkin & Hunter LLC<br>5900 Windward Parkway,<br>Suite 390<br>Alpharetta, Georgia 30005<br>*Counsel for Defendant* |

1

## CERTIFICATE OF COMPLIANCE

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5.1(B).  The foregoing NOTICE OF JOINT STIPULATION OF ALL PARTIES TO THE VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) was prepared on a computer, using Times New Roman 14-point font.

**DATED:** 9 October 2018.

/s/ John William Nelson
John William Nelson
State Bar No. 920108

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.   404.348.4462
Fax.   404.549.6765

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| GLENN HEAGERTY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LUEDER LARKIN & HUNTER LLC, a Georgia Limited Liability Company,<br><br>Defendant. | **Case No.: 1:18-cv-03412-ELR-RGV**<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that the undersigned electronically filed NOTICE OF JOINT STIPULATION OF ALL PARTIES TO THE VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record or individuals:

John W. Nelson
john@nelsonchambers.com

John T. Lueder (johnlueder@luederlaw.com)
LUEDER LARKIN & HUNTER LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
**FOR:** Defendant LUEDER LARKIN & HUNTER LLC

[ADDITIONAL RECIPIENTS ON FOLLOWING PAGE.]

3

Brandon D. Wagner (bwagner@luederlaw.com)
LUEDER LARKIN & HUNTER LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
**FOR:** Defendant LUEDER LARKIN & HUNTER LLC

Respectfully submitted this **9 October 2018**.

**THE NELSON LAW CHAMBERS, LLC**

<u>/s/ John William Nelson</u>
John William Nelson
State Bar No. 920108

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.    404.348.4462
Fax.   404.549.6765